_____FILED _____ENTERED
_____LODGED_____RECEIVED

AUG 2 0 2009    DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

|  |  |
|---|---|
| ATTACHMATE CORPORATION, a Washington corporation, | Case No. **CV9 1180** JLR |
| Plaintiff, | **COMPLAINT** |
| v. | **JURY DEMAND** |
| THE PUBLIC HEALTH TRUST OF MIAMI-DADE COUNTY FLORIDA d/b/a JACKSON MEMORIAL HOSPITAL, a Florida corporation, | |
| Defendant. | **09-CV-01180-CMP** |

Plaintiff Attachmate Corporation, for its Complaint, alleges as follows:

## I. PARTIES

1.    Plaintiff Attachmate Corporation is a Washington corporation with its principal place of business in Seattle, Washington.

2.    Defendant The Public Health Trust of Miami-Dade County Florida d/b/a Jackson Memorial Hospital ("Jackson") is a Florida corporation with its principal place of business in Miami-Dade County, Florida.

## II. JURISDICTION AND VENUE

3.    This civil action arises under the Copyright Act, 17 U.S.C. § 101, *et seq.*, and Washington common law. This Court has jurisdiction over the subject matter of this Complaint

**STOKES LAWRENCE, P.S.**
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1  pursuant to 28 U.S.C. § 1331 and § 1338(a) and supplemental jurisdiction over the Washington

2  State claims under 28 U.S.C. § 1367. This Court also has jurisdiction over this case under 28

3  U.S.C. § 1332 in that there is diversity of citizenship between the parties and the amount in

4  controversy exceeds $75,000.

5      4.      This Court has jurisdiction over the Defendant pursuant to RCW 4.28.185, as

6  Defendant has committed tortious acts within this state, and this action concerns the ownership,

7  use and possession of property situated in this state.

8      5.      Venue in this district is proper pursuant to 28 U.S.C. § 1391(b) & (c) and

9  § 1400(a) as a substantial part of the events giving rise to Plaintiff's claims occurred in this

10  district, and a substantial part of the property that is the subject of this action is situated in this

11  district.

12                          **III. FACTS**

13      6.      Plaintiff Attachmate Corporation, which merged with WRQ, Inc. in 2005, is a

14  leader in multi-host access, integration, security and desktop management software, serves over

15  40,000 customers in nearly 60 countries worldwide, and has been doing business since 1980.

16      7.      Plaintiff has developed and distributed a variety of software products, including

17  the Reflection and EXTRA! family of products ("Attachmate Products"), and continues to

18  develop and distribute various software products.

19      8.      The Attachmate Products are "terminal emulator" products. This technology

20  replaces the need for classic "dumb terminals." So-called "dumb terminals" provided a direct

21  connection to host systems, but offered no other functionality. For example, an older model of a

22  cash register would be considered a "dumb terminal" that allowed only direct payment

23  transactions, while more extensive account management functionality would be handled using a

24  personal computer ("PC") or mainframe computer.

25      9.      Emulation renders "dumb terminals" unnecessary by allowing users to access

26  information on a host system from a PC. For example, the Attachmate Products can be used by

27

COMPLAINT

43392-614 \ 454100.doc                    -2-

**STOKES LAWRENCE, P.S.**
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1  clients to allow their employees to access their host applications and perform mission critical

2  functions, such as accessing accounts payable information and manufacturing information.

3      10.    Customers can license and obtain Plaintiff's software products through Plaintiff's

4  sales representatives or through authorized reseller representatives.

5      11.    Plaintiff's website and the Attachmate Products themselves each feature a

6  prominent copyright notice.

7      12.    Plaintiff has expended considerable effort and expense in developing and

8  promoting the Attachmate Products.

9      13.    As a result of Plaintiff's extensive efforts, the Attachmate Products are valuable,

10  proprietary products.

11      14.    The Attachmate Products contain material wholly original to Plaintiff and are

12  copyrightable subject matter under the Copyright Act of 1976.

13      15.    Plaintiff owns, among others, the following Copyright Registrations: TX5-717-

14  997; TX6-876-712; TX6-190-286; TX5-661-367; TX5-852-645; TX5-655-388; TX5-852-651;

15  TX5-661-366; TX5-852-652; TX5-104-607; TX5-655-387; TX5-852-648; TX6-380-588; TX5-

16  661-365; TX5-852-650; and TX6-439-538.

17      16.    Ownership rights to the Attachmate Products that originally belonged to WRQ,

18  Inc. were assigned from WRQ, Inc. to Attachmate Corporation in 2005.  Such assignment was

19  duly recorded in the U.S. Copyright Office.

20      17.    Defendant has licensed from Plaintiff the right to install desktop copies of several

21  types and versions of Attachmate Products.

22      18.    Defendant was provided with paper and electronic copies of Plaintiff's applicable

23  End User License Agreement ("EULA") for each Attachmate Product.  Defendant received and

24  agreed to the EULAs when it installed the Attachmate products.  Representative copies of the

25  EULAs for the Attachmate Products at issue in this complaint are attached hereto as Exhibit A.

26      19.    The EULAs grant the Defendant the right to install and use one copy of the

27  Attachmate Product on a single personal computer per license purchased and requires that any

COMPLAINT

43392-614 \ 454100.doc                                      -3-

1  further use or installation of the Attachmate Product may be accomplished only if the Defendant

2  has purchased a separate license for each computing device that has the ability to access or use

3  the Attachmate Product. The EULAs explicitly prohibit Defendant from making, installing or

4  using any copies of Attachmate software not specifically authorized.

5      20.    The EULAs also prohibit Defendant from installing versions of the Attachmate

6  Products for which it has no license.

7      21.    Some of the EULAs require Defendant to monitor installation and usage. They

8  also provide Plaintiff with the right to request an installation report from Defendant or to conduct

9  a third-party audit of the Attachmate Products installed on Defendant's systems.

10     22.    Plaintiff requested, pursuant to the EULAs, that Defendant audit the Attachmate

11 Products installed on its computers and systems. Defendant provided a self-audit report to

12 Plaintiff on May 19, 2009.

13     23.    The audit revealed widespread overinstallation and misuse of the following

14 Attachmate Products: EXTRA! Personal Client v. 6.50; EXTRA! Personal Client v. 6.70;

15 Reflection for UNIX and Digital v. 8.0; Reflection for UNIX and Open VMS v. 10.0; Reflection

16 for UNIX Open VMS v. 11.0; Reflection for UNIX and Open VMS v. 14.0; Reflection for IBM

17 v. 10.0; Reflection for IBM v. 11.0; Reflection for HP with NS/VT v. 10.0; Reflection for HP

18 with NS/VT v. 11.0; Reflection NFS Client v. 10.0; Reflection NFS Client v. 11.0; Reflection X

19 v. 10.0; Reflection X v. 11.0; Reflection X v. 14.0; and INFOConnect Enterprise Edition for

20 Unisys and for IBM and Open Systems v. 7.50.

21     24.    Defendant has exceeded the scope of any applicable licenses from Plaintiff, and

22 has installed and used excess copies of Attachmate Products, as well as unlicensed versions of

23 Attachmate Products. In fact, the audit showed that Defendant has installed Attachmate Products

24 for which Defendant has never purchased a single license. Upon information and belief,

25 Defendant has otherwise made unauthorized reproductions and unauthorized use of Plaintiff's

26 Attachmate Products.

27

COMPLAINT

43392-614 \ 454100.doc                          -4-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

25.     Upon information and belief, Defendant failed to implement any controls on access and use of the Attachmate Products and failed to monitor installations.

26.     Notwithstanding the unauthorized reproduction, installation, and use of Plaintiff's software products, Defendant has refused to pay license and maintenance fees to bring its use and installation of Attachmate Products into compliance with Plaintiff's license requirements and other contractual requirements.

27.     Defendant's activities were taken willfully and in bad faith.

## IV. CLAIMS

### FIRST CLAIM
### COPYRIGHT INFRINGEMENT

28.     Plaintiff realleges and incorporates by reference the allegations contained in the paragraphs above as if fully set forth herein.

29.     Plaintiff is the owner of copyrights in and to the Attachmate Products, and it is entitled to bring an action for copyright infringement pursuant to 17 U.S.C. § 101, *et seq.*

30.     Defendant's installation of the Attachmate Products exceeds the scope of the EULAs and any other applicable licenses to Defendant and infringes and continues to infringe Plaintiff's exclusive rights granted by 17 U.S.C. § 106.

31.     Defendant has knowingly, willfully and deliberately infringed Plaintiff's copyrights in the Attachmate Products and continues to do so.

32.     Plaintiff has suffered and is continuing to suffer damages as a result of Defendant's aforesaid acts, in an amount to be proven at trial.

33.     Plaintiff's remedy at law is not itself adequate to compensate Plaintiff for injuries inflicted and threatened by Defendant.

### SECOND CLAIM
### BREACH OF EXPRESS AND IMPLIED CONTRACT

34.     Plaintiff realleges and incorporates by reference the allegations contained in the paragraphs above as if fully set forth herein.

COMPLAINT

43392-614 \ 454100.doc

-5-

1    35.    Defendant's licenses of Attachmate Products from Plaintiff are governed by the

2    EULAs.  The EULAs are valid, enforceable contracts.

3    36.    The EULAs and other contractual agreements between the parties create rights

4    based upon the parties' contractual promises and not existing under copyright law.

5    37.    Defendant has breached and continues to breach the EULAs by installing and

6    using unlicensed copies of the Attachmate Products.

7    38.    Defendant has breached and continues to breach the EULAs by failing to pay

8    Plaintiff the required license fees for all copies used, accessed or installed, as required by the

9    EULAs.

10    39.    Defendant additionally has breached and continues to breach its contractual

11    agreements by failing to pay maintenance fees.

12    40.    Defendant has breached and continues to breach the EULAs by failing to monitor

13    or implement controls on installation and usage of the Attachmate Products.

14    41.    As a direct and proximate result of these and other breaches of the EULAs,

15    Plaintiff has suffered and is continuing to suffer damages, in an amount to be determined at trial.

16    42.    Plaintiff's remedy at law is not itself adequate to compensate Plaintiff for injuries

17    inflicted and threatened by Defendant.

## V. PRAYER FOR RELIEF

19    · WHEREFORE, Plaintiff prays for relief as follows:

20    1.    For judgment in favor of Plaintiff Attachmate Corporation and against Defendant

21    Public Health Trust of Miami - Dade County Florida on all causes of action;

22    2.    For a preliminary and permanent injunction

23        (a)    enjoining and restraining Defendant, its officers, directors, agents,

24    employees, representatives, and all persons acting in concert with them from engaging in further

25    such acts of copyright infringement and/or breach of contract; and

26

27

COMPLAINT

43392-614 \ 454100.doc

-6-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

(b)    requiring Defendant to produce for deposition by Plaintiff, within twenty (20) days following the Court's Order, a corporate representative to testify and be deposed on the subjects of Defendant's compliance or noncompliance with its licenses with Plaintiff, including without limitation Defendant's installation, de-installation, deployment, use and reproduction of the Attachmate Products;

3.    For an award of Plaintiff's actual damages, including but not limited to lost product licensing fees and maintenance fees, and an award of all profits received, directly or indirectly, by Defendant in connection with its breach of contract and each infringement pursuant to the common law and/or 17 U.S.C. § 504(b);

4.    For an award of statutory damages in the maximum amount permitted by law pursuant to 17 U.S.C. § 504(c), based on Defendant's willful infringement;

5.    For an award of Plaintiff's costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505, the EULAs or any other basis permitted by law and the equity powers of the Court;

6.    For an award of prejudgment and postjudgment interest on all applicable amounts; and

7.    That Plaintiff be awarded such other and further relief as the Court may deem equitable and proper.

## JURY DEMAND

Plaintiff requests a jury trial on all issues so triable.

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1    DATED this _20th_ day of August, 2009.

2                                          STOKES LAWRENCE, P.S.

3

4                                          By:    _Shelley Hall_

5                                                 Shelley M. Hall (WSBA #28586)

6                                          Attorneys for Plaintiff Attachmate Corporation

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

EXHIBIT A

**SAMPLE ONLY, LICENSE NOT VALID.**

**IMPORTANT: DO NOT OPEN THE SEALED SOFTWARE CD HOLDER UNTIL YOU HAVE CAREFULLY READ THIS LICENSE AGREEMENT BECAUSE THE SOFTWARE PRODUCT IS LICENSED, NOT SOLD. BY OPENING THE SEALED SOFTWARE CD HOLDER OR USING THE SOFTWARE (OR AUTHORIZING ANY OTHER PERSON TO DO SO) YOU ACCEPT THE TERMS AND CONDITIONS OF THIS LICENSE AGREEMENT AND AGREE TO ABIDE BY IT. IF YOU DO NOT AGREE TO THE TERMS OF THIS LICENSE AGREEMENT, YOU MAY RETURN THIS PRODUCT (including all materials) TO THE PLACE WHERE YOU OBTAINED IT WITH YOUR RECEIPT, WITHIN THIRTY DAYS FROM THE DATE YOU RECEIVED THIS PRODUCT, FOR A FULL REFUND.**

**Attachmate(R) Software License Agreement for**
**Attachmate INFOConnect(R) Enterprise Edition for IBM(R) and Open Systems**

1.  DEFINITIONS.
(a)  "Attachmate" means Attachmate Corporation.
(b)  "SOFTWARE" means the Attachmate INFOConnect Enterprise Edition for IBM and Open Systems software programs for which you received an access code, as provided in this product package.
(c)  "Client Component(s)" means the myEXTRA! (TM) Enterprise and INFOConnect, INFOConnect programs and Response Time Utility Client components contained in the SOFTWARE.
(d)  "Server Component(s)" means the Management and Control Services and associated plug-ins contained in the SOFTWARE.
(e)  "Device" means a personal computer or electronic communications/computing device that is used by a person, and excludes any machine that primarily provides automated or attended communications and/or services to other applications, computers or electronic devices.

2.  LICENSE GRANT.
(a)  Attachmate grants you, the end user, the right to install and use (directly or indirectly) a single copy of the Client Components on a single Device (hereafter the "Licensed Client Device"). Additionally, for the Server Components, using one installation method, **either** the installation for Microsoft(R) Windows(R) servers and desktop environments **or** the tar ball installation for Open Systems environments: (i) for the first (1st) through tenth (10th) INFOConnect Enterprise Edition for IBM and Open Systems Licenses acquired by you for this version of the SOFTWARE, you have the right to make a single copy of the Server Components for use on a single server computer; (ii) and thereafter, for every ten (10) INFOConnect Enterprise Edition for IBM and Open Systems Licenses acquired by you for this version of the SOFTWARE, you may make a single copy of the Server Components for use on a single server computer; and (iii) **provided,** only a Licensed Client Device is permitted to access and use the Server Components from the server computer(s). The Server Components may only be used in conjunction with the SOFTWARE.
(b)  You may install the Client Components on a network server, PROVIDED you have purchased a separate license for each Device that has the ability to access or use, directly or indirectly, the Client Components from such network server. The SOFTWARE and this License Agreement may not be shared for concurrent use by Devices. The SOFTWARE may consist of several programs and is licensed as a single product.
(c)  If you acquired the SOFTWARE subject to limited-use restrictions (e.g. limited use of certain functionality or options) agreed in separate documentation between you and Attachmate, you may only use the SOFTWARE in such limited manner. You agree that such limited-use restrictions will also apply to any replacement Attachmate product obtained through Attachmate support or maintenance programs.
(d)  After installing one copy of the SOFTWARE as authorized above, you may keep the original media on which the SOFTWARE was provided solely for backup or archival purposes. If the original media is required to use the SOFTWARE, you may make one archival copy of the SOFTWARE for backup purposes only and such copy must include Attachmate's copyright and proprietary notices as they appear on and in the original SOFTWARE. Attachmate reserves all

**SAMPLE ONLY, LICENSE NOT VALID.**
*INFOConnect Enterprise Edition for IBM and Open Systems v7.5*

**SAMPLE ONLY, LICENSE NOT VALID.**

rights to the SOFTWARE not expressly granted to you. This License Agreement is your proof of license to exercise the rights granted herein and must be retained by you.

3. TERM. This License Agreement is effective on the date you open the sealed CD holder and will remain in force until terminated. You may terminate this License Agreement at any time and Attachmate may terminate this License Agreement if you fail to comply with any provision. Upon any termination of this License Agreement, you must destroy the SOFTWARE.

4. OWNERSHIP. All title, patents, copyrights and any other intellectual property rights in and to the SOFTWARE, operation guides included in or accompanying the SOFTWARE (the "Documentation"), and any copies or portions thereof collectively, are owned and retained by Attachmate or its licensors and suppliers. The SOFTWARE and Documentation are protected by United States copyright laws, international treaty provisions, and United States Patents 5,754,788; 5,951,647; and 6,252,607 with other patents pending. Except as provided in Section 2 above, you may not copy or distribute the SOFTWARE or Documentation.

5. EXPORT. Exportation of technical materials is strictly controlled by the United States of America ("USA") government and you must comply with the then applicable USA export laws in your use or transfer of the SOFTWARE, Documentation, and any copy or portion thereof. The SOFTWARE, Documentation, and any copy or portion thereof may not be sold or otherwise transferred to, or made available for use by, for: (a) any entity that is engaged in the development, design, production or use of biological, chemical or nuclear weapons or missile technology, in any USA embargoed destination; (c) any entity denied export privileges by the USA government agency; or (d) any entity restricted by the USA government.

UPDATES, UPGRADE, MIGRATION AND COMPETITIVE TRADE-IN. "Updates" mean any program code designed specifically for this version of the SOFTWARE that is supplied by Attachmate to you. Attachmate may, at its sole discretion, furnish you with Updates to the SOFTWARE and any such Updates provided to you will become a part of the SOFTWARE and be subject to and governed by the terms of this License Agreement. Except as provided under (a) the Limited Warranty remedies set forth below or (b) an Attachmate maintenance or technical support subscription that you separately purchased, Attachmate is under no obligation to provide any Updates, Upgrades, patches, bug fixes, modifications, enhancements, or maintenance or support services to you. If this SOFTWARE product is labeled as an Upgrade or Migration, you must have licensed a prior Attachmate software product to be eligible to use this SOFTWARE. SOFTWARE acquired as an Upgrade or Migration replaces the prior Attachmate software product and you agree to erase or destroy such prior Attachmate software product upon use of the Upgrade or Migration SOFTWARE. If this SOFTWARE is labeled as a Trade-In, then you agree to destroy the competitive product that this SOFTWARE is replacing upon use of the Trade-In SOFTWARE.

7. OTHER RESTRICTIONS. You may not sell, rent, lease, sublicense, assign, transfer, translate or modify the SOFTWARE or Documentation, nor any copy or portion thereof, without Attachmate's prior written consent. You may not reverse engineer, decompile or disassemble the SOFTWARE, except and only to the extent that such activity is expressly permitted by applicable law.

8. **LIMITED WARRANTY.**

(a) **AIRCRAFT AND NUCLEAR USAGE RESTRICTION. THE SOFTWARE CONTAINS PROGRAMS WRITTEN IN JAVA(TM). YOU THE LICENSEE ACKNOWLEDGES THAT THE SOFTWARE IS NOT DESIGNED OR INTENDED FOR USE IN ON-LINE CONTROL OF AIRCRAFT, AIR TRAFFIC, AIRCRAFT NAVIGATION OR AIRCRAFT COMMUNICATIONS; OR IN THE DESIGN, CONSTRUCTION, OPERATION OR MAINTENANCE OF ANY NUCLEAR FACILITY. ATTACHMATE AND ITS LICENSORS AND SUPPLIERS DISCLAIM ANY EXPRESS OR IMPLIED WARRANTY OF FITNESS FOR SUCH USES.**

**SAMPLE ONLY, LICENSE NOT VALID.**
*INFOConnect Enterprise Edition for IBM and Open Systems v7.5*

SAMPLE ONLY, LICENSE NOT VALID.

(b)     Except as set forth in Section 8.(a), Attachmate warrants that the SOFTWARE will perform substantially in accordance with the Documentation for a period of ninety (90) days from the date of your receipt.  Attachmate does not warrant uninterrupted or error-free operation of the SOFTWARE or that Attachmate will correct all defects.  Attachmate's entire liability and your exclusive remedy will be, at Attachmate's option, either (i) replacement of the SOFTWARE media if the media is defective or (ii) provide a correction, restriction or bypass so that the SOFTWARE performs substantially in accordance with the Documentation or (iii) return the SOFTWARE along with your proof of purchase to the party from whom you acquired it and receive a refund in the amount you paid for it.  This Limited Warranty is void if failure of the SOFTWARE has resulted from accident, abuse, misuse or modification.  Any replacement SOFTWARE will be warranted for the remainder of the original warranty or 30 days, whichever is longer.  In the event of refund, this License Agreement shall terminate.

**TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, ATTACHMATE AND ITS LICENSORS AND SUPPLIERS DISCLAIM ALL OTHER WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO NON-INFRINGEMENT OF THIRD PARTY RIGHTS, MERCHANTABILITY, AND FITNESS FOR A PARTICULAR PURPOSE, WITH RESPECT TO THE SOFTWARE AND DOCUMENTATION. SOME JURISDICTIONS DO NOT ALLOW LIMITATIONS ON THE DURATION OF AN IMPLIED WARRANTY, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU.  THIS LIMITED WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS AND YOU MAY HAVE OTHERS WHICH VARY BY JURISDICTION.**

9.      **LIMITATION OF LIABILITY.  TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL ATTACHMATE OR ITS LICENSORS AND SUPPLIERS BE LIABLE FOR ANY SPECIAL, INCIDENTAL, INDIRECT OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS, LOST SAVINGS, LOSS OF USE, BUSINESS INTERRUPTION, LOSS OF INFORMATION OR DATA, DAMAGE TO EQUIPMENT, OR OTHER PECUNIARY LOSS) ARISING OUT OF THE USE OR INABILITY TO USE THE SOFTWARE, EVEN IF ATTACHMATE OR ITS DEALERS HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.  ATTACHMATE'S AND ITS LICENSORS' AND SUPPLIERS' LIABILITY FOR ANY DIRECT DAMAGES ACTUALLY PROVEN IN CONNECTION WITH THE SOFTWARE OR ITS USE, FROM ANY CAUSE WHATSOEVER AND REGARDLESS OF THE FORM OF LEGAL ACTION, SHALL NOT IN ANY EVENT EXCEED THE ACTUAL AMOUNT PAID BY YOU FOR THE SOFTWARE. BECAUSE SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, THE ABOVE LIMITATION MAY NOT APPLY TO YOU.**

10.     USA GOVERNMENT RESTRICTED RIGHTS.  The SOFTWARE is considered to be "commercial computer software" and the Documentation is considered to be "commercial computer software documentation" as such terms are used in 48 C.F.R. 12.212.  The SOFTWARE and Documentation are provided to the Department of Defense and its components subject to 48 C.F.R. 227.7202-1 through 227.7202-4.  For all other USA government agencies that procure under Federal Acquisition Regulations, the SOFTWARE and Documentation are provided with RESTRICTED RIGHTS and use, duplication or disclosure by such government agencies are subject to the restrictions set forth in the Commercial Computer Software-Restricted Rights at 48 C.F.R. 52.227-19.  Notice: Notwithstanding any other lease or license agreement that may pertain to, or accompany the delivery of, this computer software, the rights of the USA government regarding its use, reproduction and disclosure are set forth in this License Agreement. Manufacturer is Attachmate Corporation, P.O. Box 90026, Bellevue, Washington 98009-9026, USA.

11.     ENTIRE AGREEMENT AND GOVERNING LAW.  This License Agreement constitutes the entire understanding and agreement between you and Attachmate regarding the SOFTWARE and Documentation.  Any representations or promises made by dealers and distributors of Attachmate

**SAMPLE ONLY, LICENSE NOT VALID.**

which differ from the terms of this Agreement do not constitute warranties of Attachmate, do not bind Attachmate, and should not be relied upon. This License Agreement is governed by and construed in accordance with the laws of the State of Washington, USA. The U.N. Convention on Contracts for the International Sale of Goods does not apply to this License Agreement. If you have any questions concerning this Agreement, please write to the Contracts Department at the Attachmate address above.

Attachmate is a registered trademark and the Attachmate logo and myEXTRA! are trademarks of Attachmate Corporation. INFOConnect is a registered trademark of Unisys Corporation. IBM is a registered trademark of International Business Machines Corporation. Microsoft and Windows are registered trademarks of Microsoft Corporation in the United States and/or other countries. Java is a trademark or registered trademark of Sun Microsystems, Inc. in the U.S. and other countries.



**SAMPLE ONLY, LICENSE NOT VALID.**
*INFOConnect Enterprise Edition for IBM and Open Systems v7.5*

**SAMPLE ONLY, LICENSE NOT VALID.**

**IMPORTANT: PLEASE READ THE FOLLOWING LICENSE AGREEMENT CAREFULLY BEFORE CONTINUING BECAUSE THE SOFTWARE PRODUCT IS LICENSED, NOT SOLD. IF YOU PROCEED WITH THE SETUP PROCEDURE (installation) OR USE THE SOFTWARE (OR AUTHORIZE ANY OTHER PERSON TO DO SO) BY CLICKING THE "ACCEPT" BUTTON, THEN YOU ACCEPT AND AGREE TO BE BOUND BY THE TERMS AND CONDITIONS OF THE LICENSE AGREEMENT. IF YOU DO NOT AGREE WITH THE TERMS OF THE LICENSE AGREEMENT, SIGNIFY YOUR DECISION BY CLICKING THE "DO NOT ACCEPT" BUTTON; AND YOU MAY RETURN THIS PRODUCT (including all materials) TO THE PLACE WHERE YOU OBTAINED IT WITH YOUR RECEIPT, WITHIN THIRTY DAYS FROM THE DATE YOU RECEIVED THIS PRODUCT, FOR A FULL REFUND.**

ATTACHMATE® SOFTWARE LICENSE AGREEMENT

1.  LICENSE. Attachmate Corporation ("Attachmate") grants you the right to install and use one copy of the Attachmate software program(s) contained in this package (the "SOFTWARE") on a single personal computer. You may install the SOFTWARE on a network server, PROVIDED you have purchased a separate Attachmate license agreement for each computing or communication device that has the ability to access and use, directly or indirectly, the SOFTWARE from such network server. The SOFTWARE and this License Agreement may not be shared with another computing or communication device for concurrent use. The SOFTWARE is licensed for one personal-computer to connect to a host computer, and the SOFTWARE is not licensed for middleware use where the SOFTWARE is providing host connectivity to multiple computing or communication devices unless you have acquired a separate Attachmate license agreement for each computing or communication device that can directly or indirectly utilize the SOFTWARE. The SOFTWARE may consist of several programs and is licensed as a single product; therefore, the SOFTWARE'S component parts may not be separated for use on more than one computer or by more than one user at any time. After installing one copy of the SOFTWARE as authorized above, you may keep the original media on which the SOFTWARE was provided solely for backup or archival purposes. If the original media is required to use the SOFTWARE, you may make one archival copy of the SOFTWARE for backup purposes only and such copy must include Attachmate's copyright and proprietary notices as they appear on and in the original SOFTWARE. Attachmate reserves all rights to the SOFTWARE not expressly granted to you. This License Agreement is your proof of license to exercise the rights granted herein and must be retained by you.

2.  TERM. This License Agreement is effective on the date you accept it and will remain in force until terminated. You may terminate this License Agreement at any time and Attachmate may terminate this License Agreement if you fail to comply with any provision. Upon any termination of this License Agreement, you must destroy the SOFTWARE.

3.  OWNERSHIP. All title, copyrights and any other intellectual property rights in and to the SOFTWARE, operation guides included in or accompanying the SOFTWARE (the "Documentation"), and any copies or portions thereof collectively, are owned and retained by Attachmate or its licensors and suppliers. The SOFTWARE and Documentation are protected by United States copyright laws, international treaty provisions, and U.S. Patents 5,754,788 and 5,951,647. Other patents pending. Except as provided in Section 1 above, you may not copy or distribute the SOFTWARE or Documentation.

4.  EXPORT. Exportation of technical materials is strictly controlled by the United States of America ("USA") government and you must comply with the then applicable USA export laws in your use or transfer of the SOFTWARE, Documentation, and any copy or portion thereof. The SOFTWARE, Documentation, and any copy or portion thereof may not be sold or otherwise transferred to, or made available for use by or for: (i) any entity that is engaged in the development, design, production or use of biological, chemical or nuclear weapons or missile technology; (ii) any USA embargoed destination; (iii) any entity denied export privileges by a USA government agency; or (iv) any entity restricted by the USA government.

5.  OTHER RESTRICTIONS. If the SOFTWARE is an upgrade from an older version, you may use either the SOFTWARE or the original older version, but never both at the same time. You may not sell, rent, lease, sublicense, translate or modify the SOFTWARE or Documentation, nor any copy or portion thereof, without Attachmate's prior written consent. A permanent transfer is permitted if all copies of the SOFTWARE and Documentation, including all prior versions, are transferred together, you retain no copies, and the recipient agrees to the terms of this License Agreement. You may not reverse

**SAMPLE ONLY, LICENSE NOT VALID.**
***EXTRA! Personal Client Version 6.7***

*SAMPLE ONLY, LICENSE NOT VALID.*

engineer, decompile or disassemble the SOFTWARE, except and only to the extent that such activity is expressly permitted by applicable law.

6.   LIMITED WARRANTY. Attachmate warrants that the SOFTWARE will perform substantially in accordance with the Documentation for a period of ninety (90) days from the date of receipt. Attachmate does not warrant uninterrupted or error-free operation of the SOFTWARE or that Attachmate will correct all defects. Attachmate's entire liability and your exclusive remedy will be, at Attachmate's option, either (a) replacement of the SOFTWARE media if the media is defective or (b) provide a correction, restriction or bypass so that the SOFTWARE performs substantially in accordance with the Documentation or (c) return the SOFTWARE along with your proof of purchase to the party from whom you acquired it and receive a refund in the amount you paid for it. This Limited Warranty is void if failure of the SOFTWARE has resulted from accident, abuse, misuse or modification. Any replacement SOFTWARE will be warranted for the remainder of the original warranty or 30 days, whichever is longer. In the event of refund, this License Agreement shall terminate.

   **TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, ATTACHMATE AND ITS LICENSORS AND SUPPLIERS DISCLAIM ALL OTHER WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO NON-INFRINGEMENT OF THIRD PARTY RIGHTS, MERCHANTABILITY, AND FITNESS FOR A PARTICULAR PURPOSE, WITH RESPECT TO THE SOFTWARE AND DOCUMENTATION. SOME JURISDICTIONS DO NOT ALLOW LIMITATIONS ON THE DURATION OF AN IMPLIED WARRANTY, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU. THIS LIMITED WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS AND YOU MAY HAVE OTHERS, WHICH VARY BY JURISDICTION.**

7.   **LIMITATION OF LIABILITY. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL ATTACHMATE OR ITS LICENSORS AND SUPPLIERS BE LIABLE FOR ANY SPECIAL, INCIDENTAL, INDIRECT OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS, LOST SAVINGS, LOSS OF USE, BUSINESS INTERRUPTION, LOSS OF INFORMATION OR DATA, DAMAGE TO EQUIPMENT, OR OTHER PECUNIARY LOSS) ARISING OUT OF THE USE OR INABILITY TO USE THE SOFTWARE, EVEN IF ATTACHMATE OR ITS DEALERS HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. ATTACHMATE'S AND ITS LICENSORS' AND SUPPLIERS' LIABILITY FOR ANY DIRECT DAMAGES ACTUALLY PROVEN IN CONNECTION WITH THE SOFTWARE OR ITS USE, FROM ANY CAUSE WHATSOEVER AND REGARDLESS OF THE FORM OF LEGAL ACTION, SHALL NOT IN ANY EVENT EXCEED THE ACTUAL AMOUNT PAID BY YOU FOR THE SOFTWARE. BECAUSE SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, THE ABOVE LIMITATION MAY NOT APPLY TO YOU.**

8.   USA GOVERNMENT RESTRICTED RIGHTS. The SOFTWARE and Documentation are provided with RESTRICTED RIGHTS. Use, duplication or disclosure by the Government is subject to restrictions as set forth in subparagraph (c)(1)(ii) of the Rights in Technical Data and Computer Software clause at DFARS 252.227-7013 or subparagraphs (c)(1) and (2) of the Commercial Computer Software-Restricted Rights at 48 CFR 52-227-19, as applicable. Manufacturer is Attachmate Corporation, P.O. Box 90026, Bellevue, Washington 98009-9026.

9.   ENTIRE AGREEMENT AND GOVERNING LAW. This License Agreement constitutes the entire understanding and agreement between you and Attachmate with respect to the SOFTWARE and Documentation. Any representations or promises made by dealers and distributors of Attachmate which differ from the terms of this Agreement do not constitute warranties of Attachmate, do not bind Attachmate, and should not be relied upon. This License Agreement is governed by and construed in accordance with the laws of the State of Washington, USA. The U.N. Convention on the Sale of Goods does not apply to this License Agreement. If you have any questions concerning this Agreement, please write to the Contracts Department at the Attachmate address above.

**[ACCEPT]** I accept the License Agreement and proceed with setup.
**[DO NOT ACCEPT]** I do not accept the License Agreement and cancel now.

*SAMPLE ONLY, LICENSE NOT VALID.*
*EXTRA! Personal Client Version 6.7*

IMPORTANT: PLEASE READ THE FOLLOWING LICENSE AGREEMENT
CAREFULLY BEFORE CONTINUING BECAUSE THE SOFTWARE PRODUCT IS
LICENSED, NOT SOLD. IF YOU PROCEED WITH THE SETUP PROCEDURE
(installation) OR USE THE SOFTWARE (OR AUTHORIZE ANY OTHER PERSON
TO DO SO) BY CLICKING THE "ACCEPT" BUTTON, THEN YOU ACCEPT THE
TERMS AND CONDITIONS OF THE LICENSE AGREEMENT. IF YOU DO NOT
AGREE WITH THE TERMS OF THE LICENSE AGREEMENT, SIGNIFY YOUR
DECISION BY CLICKING THE "DO NOT ACCEPT" BUTTON; AND YOU MAY
RETURN THIS PRODUCT (including all materials) TO THE PLACE WHERE YOU
OBTAINED IT WITH YOUR RECEIPT WITHIN THIRTY DAYS FOR A FULL
REFUND.

ATTACHMATE® SOFTWARE LICENSE AGREEMENT

1. LICENSE. Attachmate Corporation ("Attachmate") grants you the right to use the
Attachmate software programs contained in this package (the "SOFTWARE") on a single
personal computer. The SOFTWARE consists of several programs and is licensed as a
single product. The SOFTWARE'S component parts may not be separated for use on
more than one computer or by more than one user at any time. You may install the
SOFTWARE on a network server, provided you have purchased a separate license for
each computing device that has the ability to access and use, directly or indirectly, the
SOFTWARE from such network server.

   With respect to the Management Console program contained in the SOFTWARE, you
may use the Management Console to manage the installation, configuration, deployment,
metering and license verification of the SOFTWARE and its component programs,
provided you (i) only use the Management Console on copies of EXTRA!® Personal
Client software for which you acquired a proper license and (ii) comply with the terms of
this License Agreement. The Product View feature within Management Console may be
transferred (ported) to Attachmate's NetWizard® Plus version 4.1 (or higher) product if
you acquired the NetWizard Plus version 4.1+.

   This License Agreement may not be shared with another computing device for
concurrent use. You may make one archival copy of the SOFTWARE for back-up
purposes only and such copy must include Attachmate's copyright and proprietary notices
as they appear on and in the original SOFTWARE. Attachmate reserves all rights not
expressly granted to you. This License Agreement governs all component programs in
the SOFTWARE and supersedes all other license agreement(s) that may appear within
any component programs. This License Agreement is your proof of license to exercise
the rights granted herein and must be retained by you.

2. TERM. This License Agreement is effective on the date you accept it and will remain
in force until terminated. You may terminate this License Agreement at any time and
Attachmate may terminate this License Agreement if you fail to comply with any
provision. Upon any termination of this License Agreement, you must destroy (a) the

SOFTWARE and all copies thereof and (b) all operations guides included in or accompanying the SOFTWARE (the "Documentation").

3. OWNERSHIP. All title and copyrights in and to the SOFTWARE, Documentation, and any copies thereof, are owned by Attachmate or its suppliers. The SOFTWARE and Documentation are protected by United States copyright laws and international treaty provisions. Except as provided in Section 1 above, you may not copy the SOFTWARE or Documentation.

4. TRANSFER. You may transfer the SOFTWARE to another single computer, provided (a) you do so no more than once every 30 days, (b) this License Agreement and the Documentation are transferred along with the SOFTWARE to the other computer, and (c) all of the software programs making up this single product package are transferred together. A permanent transfer is permitted if all copies of the SOFTWARE and Documentation, including all prior versions, are transferred together, you retain no copies, and the recipient agrees to the terms of this License Agreement.

5. OTHER RESTRICTIONS. If the SOFTWARE is an upgrade from an older version, you may use either the SOFTWARE or the original older version, but never both at the same time. Exportation of technical materials is strictly controlled by the United States government and you must comply with the then applicable United States export laws in your use or transfer of the SOFTWARE and Documentation. You may not rent, lease, sublicense, translate, or modify the SOFTWARE or Documentation or any copy without Attachmate's prior written consent. You may not reverse engineer, decompile or disassemble the SOFTWARE, except and only to the extent that such activity is expressly permitted by applicable law.

6. LIMITED WARRANTY. Attachmate warrants that the SOFTWARE will perform substantially in accordance with the Documentation for a period of ninety (90) days from the date of receipt. Attachmate's entire liability and your exclusive remedy shall be, at Attachmate's option, either (a) return of the price paid or (b) repair or replacement of the SOFTWARE that does not meet the this Limited Warranty and which is returned to Attachmate with a copy of your receipt. This Limited Warranty is void if failure of the SOFTWARE has resulted from accident, abuse, misuse or misapplication. Any replacement SOFTWARE will be warranted for the remainder of the original warranty or 30 days, whichever is longer. In the event of refund, this License Agreement shall terminate.

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, ATTACHMATE AND ITS SUPPLIERS DISCLAIM ALL OTHER WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, WITH RESPECT TO THE SOFTWARE AND DOCUMENTATION. SOME JURISDICTIONS DO NOT ALLOW LIMITATIONS ON THE DURATION OF AN IMPLIED WARRANTY, SO THE ABOVE LIMITATION MAY NOT APPLY TO

YOU. THIS LIMITED WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS AND YOU MAY HAVE OTHERS, WHICH VARY BY JURISDICTION.

7. LIMITATION OF LIABILITY. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL ATTACHMATE OR ITS SUPPLIERS BE LIABLE FOR ANY SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING WITHOUT LIMITATION, DAMAGES FOR LOSS PROFITS, LOST SAVINGS, LOSS OF USE, BUSINESS INTERRUPTION, LOSS OF INFORMATION OR DATA, DAMAGE TO EQUIPMENT, OR OTHER PECUNIARY LOSS) ARISING OUT OF THE USE OR INABILITY TO USE THIS SOFTWARE PRODUCT, EVEN IF ATTACHMATE OR ITS DEALERS HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. ATTACHMATE'S AND ITS SUPPLIERS' LIABILITY FOR ANY DIRECT DAMAGES ACTUALLY PROVEN IN CONNECTION WITH THIS SOFTWARE OR ITS USE, FROM ANY CAUSE WHATSOEVER AND REGARDLESS OF THE FORM OF LEGAL ACTION, SHALL NOT IN ANY EVENT EXCEED THE ACTUAL AMOUNT PAID BY YOU FOR THIS SOFTWARE PRODUCT. BECAUSE SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

8. U.S. GOVERNMENT RESTRICTED RIGHTS. The SOFTWARE and Documentation are provided with RESTRICTED RIGHTS. Use, duplication or disclosure by the Government is subject to restrictions as set forth in subparagraph (c)(1)(ii) of the Rights in Technical Data and Computer Software clause at DFARS 252.227-7013 or subparagraphs (c)(1) and (2) of the Commercial Computer Software-Restricted Rights at 48 CFR 52-227-19, as applicable. Manufacturer is Attachmate Corporation, 3617 131st Avenue S.E., Bellevue, Washington 98006.

9. ENTIRE AGREEMENT AND GOVERNING LAW. This License Agreement constitutes the entire understanding and agreement between you and Attachmate with respect to the SOFTWARE and Documentation. Any representations or promises made by dealers and distributors of Attachmate which differ from the terms of this Agreement do not constitute warranties of Attachmate, do not bind Attachmate, and should not be relied upon. This License Agreement is governed by and construed in accordance with the laws of the State of Washington, U.S.A. If you have any questions concerning this Agreement, please write to the Contracts Department at the Attachmate address above.

# SOFTWARE LICENSE AGREEMENT
# SOFTWARE-LIZENZVERTRAG
# CONTRAT DE LICENCE DU LOGICIEL
## ソフトウェア使用許諾契約書



REFLECTION® SOFTWARE PRODUCTS

REFLECTION®-SOFTWAREPRODUKTE

PRODUITS LOGICIELS REFLECTION®

REFLECTION® ソフトウェア製品

## IMPORTANT-READ CAREFULLY

**This AttachmateWRQ Software License Agreement ("Agreement") is a legal agreement between you (either an individual or a single entity) and Attachmate Corporation doing business as AttachmateWRQ ("Licensor") for AttachmateWRQ software products licensed to you, including computer software and its accompanying installation or user guide ("Software"). Unless you have entered into a separate license agreement with Licensor, you accept and agree to be bound by this Agreement by (i) selecting the "Accept" or "Yes" button when the Software product prompts to you to accept or decline this Agreement, or (ii) by installing, copying, downloading, accessing or otherwise using the Software. If you do not agree to the terms of this Agreement, you may receive a full refund if you return this Software product and all accompanying materials along with your proof of purchase to the place where you obtained it within 30 days from your date of purchase.**

## SOFTWARE LICENSE

1  LICENSE GRANT. Subject to payment of applicable license fees, Licensor and its suppliers grant you a non-exclusive, non-transferable license to use the Software for internal business purposes in accordance with the terms of this Agreement and the applicable product use rights set forth in the Appendix ("Product Use Rights"). For purposes of this Agreement, the Software is "used" when the Software or any component of the Software is installed or loaded in the temporary or permanent memory of a computer or otherwise accessed.

2  OTHER RIGHTS AND LIMITATIONS. Except as otherwise expressly provided in this Agreement or the applicable Product Use Rights, the following rights and limitations apply:

A  COPIES. You may not copy the Software except as allowed by the applicable Product Use Rights and except to make one copy for backup or archival purposes. You must include all copyright notices and other proprietary rights legends on each copy of the Software.

B  LIMITATIONS ON REVERSE ENGINEERING, DECOMPILATION, AND DISASSEMBLY. You may not reverse engineer, decompile, or disassemble the Software, or otherwise attempt to discover its source code, except and only to the extent that such activity is permitted by applicable law.

C **RENTAL.** You may not rent, lease, sell, sublicense or lend the Software. You may not use the Software to provide commercial hosting services.

D **SEPARATION OF COMPONENTS.** If you have acquired the Software as a suite of products, you may not install or use individual products making up the suite on more than one computer per license.

E **LANGUAGE VERSIONS.** If the media provided to you includes more than one language version of the same Software, you may use any of the language versions of the Software, provided the total number of copies does not exceed the number of licenses you have acquired.

F **NOTE ON JAVA SUPPORT.** If the Software product you acquired contains programs written in Java, you acknowledge that the Software is not designed or licensed for use in on-line control equipment in hazardous environments, such as operation of nuclear facilities, aircraft navigation or control, or direct life-support machines. You warrant that you will not use the Software for such purposes.

G **TRANSFER.** You may not transfer your Software license or assign your rights or obligations under this Agreement to any person or entity without the prior written consent of Licensor.

H **PATCHES AND UPGRADES.**

(i) A Patch is supplemental code (sometimes referred to as a fix) that addresses one or more specific issues in the Software; it is considered part of the Software and is subject to the terms and conditions of this Agreement unless accompanied by its own terms. You may use a Patch only if Licensor has authorized you to do so and only for your licensed copies of the Software for which the authorization was given.

(ii) The Software is licensed to you at the product version you acquired with your license purchase. An Upgrade is a subsequent release of the Software, generally represented by a change in the version number (e.g., from x.x to x.y or to y.y). In order to use a more current version, you must purchase an Upgrade for all licensed copies of the product or be entitled to the Upgrade by having a current Maintenance Plan with Licensor for all licensed copies of the product. If you install an Upgrade, you must destroy the product or version it replaces. You may use the Upgrade only in accordance with the Software License Agreement and Product Use Rights that accompany the Upgrade.

I **COMPLIMENTARY AND TIME-LIMITED EVALUATION SOFTWARE.**
If the Software is provided to you as a "Complimentary" or "Comp"
copy, then, notwithstanding other sections of this Agreement, your use
of the Software is limited to demonstration, test, or evaluation purposes
only. If you have acquired a Time-Limited Evaluation version of the
Software, then, notwithstanding other sections of this Agreement, you
may install and use one copy of the Software for the Evaluation Period
only, solely for evaluation and test purposes and not for production use.
The "Evaluation Period" extends from your first use of the Software
to the earlier of (i) the date when the Time-Limited Evaluation version
automatically ceases to function, or (ii) sixty (60) days after your first use.
At the end of the Evaluation Period, your rights to use the Time-Limited
Evaluation version of the Software are automatically terminated. You may
not extend the time limits of the Software in any manner. If you choose
to evaluate more than one Software product provided on the media, the
Evaluation Period may be different for each product.

J **BENCHMARK TESTING.** You shall not disclose any benchmark results
relating to your use of the Software without the prior written consent
of Licensor.

K **RESERVATION OF RIGHTS.** The Software is owned by Licensor or a
Licensor supplier, and is copyrighted and licensed, not sold. Licensor
reserves all rights not expressly granted under this Agreement.

3 **TERMINATION.** If you violate any term of this Agreement, Licensor may
terminate this Agreement without waiving any other Licensor rights or
remedies. If Licensor terminates this Agreement, you must destroy all copies
of the Software and, on request of Licensor, certify said destruction.

4 **VERIFICATION.** Licensor has the right to verify your compliance with this
Agreement. You agree to:

A implement internal safeguards to prevent any unauthorized copying,
distribution, or use of the Software;

B keep records relating to the Software products you have installed, copied
or used and, upon request of Licensor, provide Licensor with written
certification of the number (by product and version) of copies installed or
of your peak usage in the case of concurrent licenses; and

C  allow a Licensor representative or an independent auditor to inspect and audit your computers and records for compliance with this Agreement during your normal business hours. You shall fully cooperate with such audit and provide any necessary assistance and access to all records and computers. If an audit reveals that you have or at any time have had unlicensed installation or use of the Software, you will promptly acquire sufficient licenses to cover any shortage. If a material license shortage of 5% or more is found, you must reimburse Licensor for the costs incurred in the audit and acquire the necessary additional licenses within 30 days without benefit of any otherwise applicable discount.

5  **EXPORT.** You are responsible for complying with all trade regulations and laws both foreign and domestic. You acknowledge that this software has been classified as "mass market encryption" software and may only be exported or re-exported in accordance with U.S. Government Export Administration Regulations. Without authorization from the U.S. Government, you may not export or re-export the Software to any prohibited country (including Cuba, Iran, Libya, North Korea, Sudan, and Syria) or to any prohibited person, entity, or end-user as specified by U.S. export controls. For more information visit www.bis.doc.gov/encryption.

6  **U.S. GOVERNMENT LICENSE RIGHTS.** By accepting delivery of or using the Software, the U.S. Government hereby agrees that notwithstanding anything to the contrary, and to the maximum extent possible under federal law: (a) the acquisition of such Software is governed by FAR Part 12; (b) such Software qualifies as "commercial computer software" under the applicable procurement regulations, (c) any modifications provided by Licensor in connection with such Software are either minor modifications or are of a type customarily available in the commercial marketplace; and (d) the U.S. Government will be bound by the commercial terms and conditions contained in this Agreement, and no other license terms shall be incorporated into this Agreement except by mutual written consent.

7  **GOVERNING LAW AND ATTORNEYS' FEES.** This Agreement is governed by the laws of the State of Washington, USA, excluding its conflict of laws rules, and specifically excluding the United Nations Convention on Contracts for the International Sale of Goods. If you acquired this Software in a country outside of the United States, that country's laws may apply. In any action or suit to enforce any right or remedy under this Agreement or to interpret any provision of this Agreement, the prevailing party will be entitled to recover its costs, including reasonable attorneys' fees.

8  **SUPPLIER RIGHTS.** To the limited extent necessary to protect their respective interests, suppliers of third-party software code included in the Software and covered by this Agreement have third-party beneficiary status.

9   **USE OF NAME.** You agree to be identified as a customer of Licensor and that Licensor may refer to you by name, trade name or trademark, and may briefly describe your business in AttachmateWRQ customer information and marketing materials. You grant Licensor a license to use your name and any of your trade names and trademarks solely in connection with these rights.

10  **ENTIRE AGREEMENT.** This Agreement constitutes the entire agreement between you and Licensor with respect to the Software, and replaces all other agreements or representations, whether written or oral. The terms of this Agreement cannot be modified by any terms in any printed forms used by the parties in performing the Agreement, and can only be modified by express written consent of both parties. Failure by Licensor to enforce any provision of this Agreement will not be deemed a waiver of future enforcement of that or any other provision. If any part of this Agreement is held to be unenforceable as written, it will be enforced to the maximum extent allowed by applicable law, and will not affect the enforceability of any other part. The original of this Agreement is in English. If it is translated into another language, the English language version shall prevail.

Should you have any questions concerning this Agreement, or if you desire to contact Licensor for any reason, please contact the AttachmateWRQ representative serving your company, or write: AttachmateWRQ Corporation, 1500 Dexter Avenue North, Seattle, WA 98109 USA.

---

**THE FOLLOWING LIMITED WARRANTY ON THE SOFTWARE IS INCORPORATED INTO THIS AGREEMENT BY REFERENCE.**

---

ENGLISH

## LIMITED WARRANTY

SOME JURISDICTIONS DO NOT ALLOW LIMITATIONS ON WARRANTIES OR LIMITATIONS ON OR EXCLUSION OF DAMAGES, SO THE LIMITATIONS SET FORTH BELOW MAY NOT APPLY TO YOU.

**LIMITED WARRANTY.** For a period of ninety (90) days from the date you receive the Software, Licensor warrants that (a) the unmodified Software will perform substantially in accordance with the accompanying written materials when used as directed and (b) Licensor media will be free of defects. Any implied warranties are limited to the 90-day period. This Limited Warranty is void if failure of the Software has resulted from modification, accident, abuse, or misapplication. This Limited Warranty does not apply to any Time-Limited Evaluation versions of the Software, which are provided "AS IS" with no warranty whatsoever.

**YOUR EXCLUSIVE REMEDY.** The entire liability of Licensor and its suppliers and your exclusive remedy arising from a breach of the limited warranty is, at Licensor option, either repair or replacement of the nonconforming Software, or return of the price you paid for the nonconforming Software. You must return all nonconforming Software to Licensor with your proof of purchase to be entitled to this remedy. Any replacement Software will be warranted for the remainder of the original warranty period or thirty (30) days, whichever is longer. Outside the United States, neither these remedies nor any product support services offered by Licensor are available without proof of your purchase from an authorized international source.

**NO OTHER WARRANTIES.** TO THE FULL EXTENT PERMITTED BY LAW, LICENSOR AND ITS SUPPLIERS DISCLAIM ALL OTHER WARRANTIES, WHETHER ORAL OR WRITTEN, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT, WITH REGARD TO THE SOFTWARE AND THE PROVISION OF OR FAILURE TO PROVIDE TECHNICAL SUPPORT.

**LIMITATION OF LIABILITY.** LICENSOR AND ITS SUPPLIERS WILL NOT BE LIABLE FOR ANY SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES (INCLUDING, WITHOUT LIMITATION, DAMAGES FOR PERSONAL INJURY, LOSS OF BUSINESS PROFITS, BUSINESS INTERRUPTION, LOSS OF BUSINESS OR CONFIDENTIAL INFORMATION, LOSS OF PRIVACY, OR ANY OTHER PECUNIARY LOSS) ARISING OUT OF THE USE OF OR INABILITY TO USE THE SOFTWARE OR THE PROVISION OF OR FAILURE TO PROVIDE TECHNICAL SUPPORT, EVEN IF LICENSOR OR ITS SUPPLIERS HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN ANY CASE, THE ENTIRE LIABILITY OF LICENSOR AND ITS SUPPLIERS UNDER THIS AGREEMENT AND LIMITED WARRANTY SHALL BE LIMITED TO THE AMOUNT ACTUALLY PAID BY YOU FOR THE SOFTWARE OR TECHNICAL SUPPORT THAT CAUSES THE DAMAGE.

# PRODUCT USE RIGHTS APPENDIX

See below for the Product Use Rights for particular AttachmateWRQ Software products. Any third-party product that is provided with the Software and that is associated with a separate license agreement is licensed to you under the terms of that license agreement.

**FOR ATTACHMATEWRQ REFLECTION SOFTWARE FOR WINDOWS-BASED EMULATION, PC-X SERVER, AND NFS:**

- **DESKTOP LICENSE:** You must acquire and dedicate a desktop license for each single computer on which the Software is "used." The Software is "used" if the Software or any component of the Software is installed or loaded in the temporary or permanent memory of a computer or otherwise accessed. The primary user of the computer on which the Software is used may make a second copy for his or her alternative use on a home or portable computer for your business purposes.

- **CONCURRENT LICENSE:** You must acquire concurrent licenses for the maximum number of users who will use or access the Software at the same time. You must (i) use the Software only in an appropriately configured Windows Terminal Services (sometimes referred to as "multi-user Windows", "WTS", or "Citrix Metaframe Server") environment; (ii) monitor, control, and (on request of Licensor) report on concurrent usage by product and version; and (iii) have a valid certificate from Licensor for your concurrent licenses.

**FOR ATTACHMATEWRQ REFLECTION FOR THE WEB SOFTWARE:**

Reflection for the Web includes (a) computer software, including but not limited to: (i) administrative tools for deployment, security, and metering ("Reflection Administrator") and (ii) certain CAB and JAR files, which files or components thereof are downloaded to a given individual's personal computer (collectively, or in part, called "Terminal Emulation Component") and (b) its accompanying documentation.

- **CONCURRENT LICENSE:** You must (i) acquire concurrent licenses for the maximum number of users that will use or access the Terminal Emulation Component at the same time; (ii) configure and use the Software's Usage Metering Tool (or a tool that will provide equivalent data) to monitor, control,and (on request of Licensor) report on, concurrent usage by product and version; and (iii) obtain a certificate from Licensor evidencing your concurrent licenses.

CONTINUED

ENGLISH

CONTINUED FROM PREVIOUS PAGE

- **USER LICENSE:** To use the Software on a per end user basis, you must acquire a user license for each end user who downloads the Terminal Emulation Component. A licensed end user may cache the Terminal Emulation Component on his/her personal computer for the sole purpose of viewing and utilizing Reflection web pages.

- **USE OF REFLECTION ADMINISTRATOR:** If you acquire a concurrent or user license for the Software, you may allow a reasonable number of users ("Administrators") to use Reflection Administrator, for the sole purpose of supporting your licensed end users' use of this Software. You must acquire a separate Reflection Administrator server license to use Reflection Administrator in conjunction with products other than Reflection for the Web.

**FOR ATTACHMATEWRQ REFLECTION ADMINISTRATOR SOFTWARE—STANDALONE:**

- **SERVER LICENSE:** You must acquire and dedicate a server license for each copy of the Software (including its management, metering, and security server components) installed on a single physical server. As an alternative to installing all Software components on a single server, you may install the security server component on one physical server and the management and metering components on another server.

**FOR ATTACHMATEWRQ REFLECTION FOR SECURE IT SOFTWARE:**

- **LICENSE FOR CLIENT FOR WINDOWS, UNIX OR z/OS:** You must acquire and dedicate a client license for each single computer on which the Software is "used". The Software is "used" if the Software or any component of the Software is installed or loaded in the temporary or permanent memory of a computer or otherwise accessed. The primary user of the computer on which the Software is used may make a second copy for his or her alternative use on a home or portable computer for your business purposes.

- **LICENSE FOR SERVER FOR WINDOWS, UNIX OR z/OS:** You must acquire and dedicate a server license ("Server License") for each copy of the Software installed on a server for use with a single logical partition, virtual machine, or instance of an operating system. If you use the Software with another instance of the same or a different operating system, you must acquire an additional Server License for each additional operating system. If you acquire a Server License for Reflection for Secure IT Server for UNIX or Server for z/OS, you may also install and use one copy of the associated Reflection for Secure IT Client product that accompanies the Server product, on the same server solely for the purposes of administration of the Server product.

CONTINUED

CONTINUED FROM PREVIOUS PAGE

- **LIMITED ADDITIONAL RIGHTS (SERVER FOR UNIX ONLY):** If you acquire a Server License for Reflection for Secure IT Server for UNIX, you may also, only after advance written notice to Licensor, use the source code of the Reflection for Secure IT Server for UNIX and Reflection for Secure IT Client for UNIX only for compiling the source code into binaries (a) for use on platforms in your IT environment that are not otherwise supported by the Software or (b) to add in capabilities not otherwise available by default, such as a change in the default install location, or configuring an external authentication method. You may use only the binaries resulting from your compile process for your internal purposes. You are not otherwise licensed to use the source code. Prior to compiling the source code as allowed by this paragraph, you must provide Licensor with advance written notice of the platforms on which you will use the compiled binaries. Licensor and/or its suppliers retain all rights to the Software and any derivatives created by you. Send written notice via email to **wrqsupport@attachmatewrq.com**.

ENGLISH

# attachmateWRQ

**Corporate Headquarters**

1500 Dexter Avenue North
Seattle, Washington 98109
TEL  206 217 7500
     800 872 2829
FAX  206 217 7515

**EMEA Headquarters**

The Netherlands
TEL  +31 71 368 1100
FAX  +31 71 368 1181

**Asia Pacific Headquarters**
Australia
TEL  +61 3 9825 2300
FAX  +61 3 9825 2399

**Latin America Headquarters**
Mexico
TEL  +52 55 5658 7755
FAX  +52 55 5658 6393

WEB
Attachmatewrq.com

E-MAIL
info@attachmatewrq.com

Copyright © 2006 Attachmate Corporation. All rights reserved.

AttachmateWRQ, the AttachmateWRQ logo, WRQ and Reflection are either registered trademarks or
trademarks of Attachmate Corporation, in the USA and other countries. All other trademarks, trade
names, or company names referenced herein are used for identification only and are the property of their
respective owners.

Additional license and copyright information for third party software is located in the Help/About box,
online help, or readme file in the installation directory and on the CD image.

Printed in the USA. 4/06 286840

# END USER LICENSE AGREEMENT FOR REFLECTION v.8.0 SOFTWARE

## IMPORTANT—READ CAREFULLY:

This WRQ End User License Agreement ("EULA") is a legal agreement between you (either an individual or a single entity) and WRQ, Inc. ("WRQ") for the enclosed WRQ software product, which includes computer software and associated documentation ("Software"). The Software also includes any updates and supplements to the original Software provided to you by WRQ. Any product provided along with the Software that is associated with a separate end-user license agreement is licensed to you under the terms of that license agreement. By installing, copying, downloading, accessing or otherwise using the Software, you agree to be bound by the terms of this EULA. If you do not agree to the terms of this EULA, do not use or install the Software. If you have purchased the Software, promptly return the Software and all accompanying materials with proof of purchase to your place of purchase for a refund.

### SOFTWARE LICENSE

The Software is confidential and protected by copyright laws and international copyright treaties, as well as other intellectual property laws and treaties. The Software is licensed, not sold.

1  **GRANT OF LICENSE.** This EULA grants you the following rights:

- You may install, use, access, display, run, or otherwise interact with ("Run") one copy of the Software on a single computer or workstation ("Computer"). You may also store or install a copy of the Software on a storage device, such as a network server(s), used only to allow your other Computers to Run the Software over an internal network. You must acquire and dedicate a license for each Computer on which the Software is Run. The primary user of the Computer on which the Software Runs may make a second copy for his or her exclusive use on a home or portable Computer.

- If you have acquired concurrent licenses for the Software, you may allow as many users to Run the Software at the same time as the number of concurrent licenses you have acquired, provided you (i) monitor, control, and (on WRQ's request) report on, concurrent usage both over a network and on individual computers; and (ii) have a valid WRQ certificate for your concurrent licenses.

2  **OTHER RIGHTS AND LIMITATIONS.**

- Limitations on Reverse Engineering, Decompilation, and Disassembly. You may not reverse engineer, decompile, or disassemble the Software, except and only to the extent that such activity is permitted by applicable law.

- Rental. You may not rent, lease, sell, sublicense, or lend the Software.

- Separation of Components. The Software is licensed as a single product. Its component parts may not be separated for use on more than one Computer.

- Language Versions. If the media provided to you includes more than one language version of the same Software, you may Run any of the language versions of the Software, provided the total number of copies Run does not exceed the number of licenses you have acquired.

- DCOM95. You may only use copies of the DCOM95 component on computer(s) for which you have licensed Microsoft Windows operating system platforms.

- Transfer. You may not transfer or assign your rights or obligations under this EULA to any person or entity without the prior written consent of WRQ. However, if the Software is labeled "Single User", you may permanently transfer all of your rights under this EULA, as long as: (i) you retain no copies, (ii) you transfer all of the Software (including all accompanying materials, and all prior versions), and (iii) the recipient agrees to the terms of this EULA.

WWAD 3/2000 English; 6/2000 Frn/Ger; 7/2000 Japanese

- Technical Support. WRQ may provide you with technical support services related to the Software ("Technical Support") as described in other WRQ-provided materials. Any supplemental software code provided to you as part of the Technical Support shall be considered part of the Software and subject to the terms and conditions of this EULA. With respect to technical information you provide to WRQ as part of the Technical Support, WRQ may use such information for its business purposes, including for product support and development. WRQ will not utilize such technical information in a form that personally identifies you.

- Complimentary Software. If the Software is labeled "Complimentary" or "Comp", then, notwithstanding other sections of this EULA, your use of the Software is limited to use for demonstration, test, or evaluation purposes.

- Reservation of Rights. WRQ reserves all rights not expressly granted under this EULA.

3    **TERMINATION.** If you have received a Time-Limited Evaluation version of the Software, your license to such version of the Software will terminate on the earlier of sixty (60) days after you first Run the Time-Limited Evaluation version or the date the Time-Limited Evaluation version times out. If you violate any term of this EULA, WRQ may terminate this EULA without waiving any other rights. If your EULA is terminated, you must destroy all copies of the Software and, on request of WRQ, certify said destruction.

4    **SAFEGUARDS/AUDIT RIGHTS.** You agree to: (i) implement internal safeguards to prevent any unauthorized copying, distribution, or use of the Software; (ii) provide WRQ with written certification of the number of copies or concurrent usage of the Software on request, and (iii) to allow WRQ to audit your premises and systems for compliance with this EULA during regular business hours. WRQ will pay for the cost of the audit unless the audit shows a discrepancy which is five percent (5%) or more of the number of copies of the Software Run over the licenses you have acquired; in which event, you shall pay for the cost of the audit.

5    **UPGRADES.** You may only Run an upgrade to the Software if you have acquired a license for the Software. Software acquired as an upgrade replaces and/or supplements all prior versions. You may Run the resulting upgrade only in accordance with the terms and conditions of this EULA. Upgrades of the Software, if obtained, must be obtained for the total of all authorized copies or concurrent users.

6    **COPYRIGHT.** WRQ and its suppliers retain all ownership of the Software and all copies thereof. Except as expressly provided in this EULA, you may not make copies of the Software or the printed materials accompanying the Software. You may make one copy of electronic documentation accompanying the Software for each license you have acquired for the Software. You must include all applicable copyright notices and other proprietary rights legends that come with the Software if you make copies.

7    **BACKUP COPY.** You may keep the original media on which the Software was provided by WRQ solely for backup or archival purposes. If the original media is required to use the Software on the Computer, you may make one copy of the Software solely for backup or archival purposes.

8    **EXPORT.** You agree that you will not export or re-export the Software, any part thereof, or any process or service that is the direct product of the Software (the foregoing collectively referred to as the "Restricted Components"), to any country, person or entity subject to U.S. export restrictions. You specifically agree not to export or re-export any of the Restricted Components (i) to any country to which the U.S. has embargoed or restricted the export of goods or services, which currently include, but are not necessarily limited to Cuba, Iran, Iraq, Libya, North Korea, Sudan and Syria, or to any national of any such country, wherever located, who intends to transmit or transport the Restricted Components back to such country; (ii) to any person or entity who you know or have reason to know will utilize the Restricted Components in the design, development or production of nuclear, chemical or biological weapons; or (iii) to any person or entity who has been prohibited from participating in U.S. export transactions by any federal agency of the U.S. Government. You warrant and represent that neither the Bureau of Export Administration of the U.S. Commerce Department nor any other U.S. federal agency has suspended, revoked or denied your export privileges.

9    **U.S. GOVERNMENT RESTRICTED RIGHTS.** Software and documentation delivered to civilian agencies of the U.S. Government pursuant to solicitations dated prior to December 1, 1995, and Software and documentation delivered to the Department of Defense of the U.S. Government pursuant to solicitations dated prior to September 29, 1995, are provided with RESTRICTED RIGHTS; use, duplication, or disclosure by the Government is subject to restrictions as set forth in subparagraph FAR 52.227-14(g)(Jun. 1987) or subparagraph DFAR 252.227-7013 (c)(1)(ii)(Oct. 1988). All Software and documentation delivered to civilian

WWAD 3/2000 English; 6/2000 Frn/Ger; 7/2000 Japanese

agencies or the Department of the Defense of the U.S. Government pursuant to solicitations issued after the dates specified above, are delivered with commercial licensing rights as set forth in this EULA only.

10 **GOVERNING LAW AND ATTORNEYS' FEES.** This EULA is governed by the laws of the State of Washington, USA, excluding its conflict of laws rules, and specifically excludes the United Nations Convention on Contracts for the International Sale of Goods. If you acquired this Software in a country outside of the United States, that country's laws may apply. In any action or suit to enforce any right or remedy under this EULA or to interpret any provision of this EULA, the prevailing party will be entitled to recover its costs, including reasonable attorneys' fees.

11 **ENTIRE AGREEMENT.** This EULA constitutes the entire agreement between you and WRQ with respect to the Software, and replaces all other agreements or representations, whether written or oral. The terms of this EULA cannot be modified by any terms in any printed forms used by the parties in performing the EULA, and can only be modified by express written consent of both parties. If any part of this EULA is held to be unenforceable as written, it will be enforced to the maximum extent allowed by applicable law, and will not affect the enforceability of any other part. The original of this EULA is in English. If it is translated into another language, the English language version shall prevail.

Should you have any questions concerning this EULA, or if you desire to contact WRQ for any reason, please contact the WRQ representative serving your company, or write: WRQ, Inc., 1500 Dexter Avenue North, Seattle, WA 98109 USA.

---

**THE FOLLOWING LIMITED WARRANTY ON THE SOFTWARE IS INCORPORATED INTO THIS EULA BY REFERENCE.**

---

### LIMITED WARRANTY

LIMITED WARRANTY. For a period of ninety (90) days from the date you receive the Software or from the date of performance of Technical Support by WRQ, WRQ warrants that (a) the unmodified Software will perform substantially in accordance with the accompanying written materials when used as directed, (b) WRQ media will be free of defects, and (c) such Technical Support will be performed in a manner consistent with generally accepted industry standards. Any implied warranties are limited to the 90 day period. This Limited Warranty is void if failure of the Software has resulted from modification, accident, abuse, or misapplication. Some jurisdictions do not allow limitations on duration of an implied warranty, so the above limitation may not apply to you.

YOUR EXCLUSIVE REMEDY. WRQ's and its suppliers' entire liability and your exclusive remedy arising from a breach of the Limited Warranty is, at WRQ's option, either repair or replacement of the nonconforming Software or reperformance of the nonconforming Technical Support, or return of the price you paid for the nonconforming Software or Technical Support. You must return all nonconforming Software to WRQ with your proof of purchase to be entitled to this remedy. Any replacement Software or Technical Support will be warranted for the remainder of the original warranty period or thirty (30) days, whichever is longer. Outside the United States, neither these remedies nor any product support services offered by WRQ are available without proof of your purchase from an authorized international source.

NO OTHER WARRANTIES. TO THE FULL EXTENT PERMITTED BY LAW, WRQ AND ITS SUPPLIERS DISCLAIM ALL OTHER WARRANTIES, WHETHER ORAL OR WRITTEN, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT, WITH REGARD TO THE SOFTWARE AND THE PROVISION OF OR FAILURE TO PROVIDE TECHNICAL SUPPORT. THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS. YOU MAY HAVE OTHERS, WHICH VARY FROM JURISDICTION TO JURISDICTION.

LIMITATION OF LIABILITY. WRQ AND ITS SUPPLIERS WILL NOT BE LIABLE FOR ANY SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES (INCLUDING, WITHOUT LIMITATION, DAMAGES FOR PERSONAL INJURY, LOSS OF BUSINESS PROFITS, BUSINESS INTERRUPTION, LOSS OF BUSINESS OR CONFIDENTIAL INFORMATION, LOSS OF PRIVACY, OR ANY OTHER PECUNIARY LOSS) ARISING OUT OF THE USE OF OR INABILITY TO USE THE SOFTWARE OR THE PROVISION OF OR FAILURE TO PROVIDE TECHNICAL SUPPORT, EVEN IF WRQ OR ITS SUPPLIERS HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN ANY CASE, THE ENTIRE LIABILITY OF WRQ AND ITS SUPPLIERS UNDER THIS AGREEMENT AND LIMITED WARRANTY SHALL BE

WWAD 3/2000 English; 6/2000 Frn/Ger; 7/2000 Japanese

LIMITED TO THE AMOUNT ACTUALLY PAID BY YOU FOR THE SOFTWARE OR TECHNICAL
SUPPORT THAT CAUSES THE DAMAGE. BECAUSE SOME JURISDICTIONS DO NOT ALLOW THE
EXCLUSION OR LIMITATION OF LIABILITY, THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

©2000 WRQ, Inc. All rights reserved. WRQ, the WRQ logo, and Reflection are trademarks of WRQ, Inc., registered in the USA and other countries. Other brand and product names are trademarks of their respective owners.

12/99 19-0044-0003

WWAD 3/2000 English; 6/2000 Frn/Ger; 7/2000 Japanese

# *END USER LICENSE AGREEMENT*

# *ENDBENUTZERLIZENZVEREINBARUNG*

# *CONVENTION DE DROITS D'UTILISATION*

# エンドユーザ使用許諾契約



**IMPORTANT—READ CAREFULLY**

**This WRQ End User License Agreement ("EULA") is a legal agreement between you (either an individual or a single entity) and WRQ, Inc. ("WRQ") for the enclosed WRQ software product, which includes computer software and associated documentation ("Software"). The Software also includes any updates and supplements to the original Software provided to you by WRQ. Any product provided along with the Software that is associated with a separate end-user license agreement is licensed to you under the terms of that license agreement. By installing, copying, downloading, accessing or otherwise using the Software, you agree to be bound by the terms of this EULA. If you do not agree to the terms of this EULA, do not install, copy, or otherwise use the Software. If you have purchased the Software, promptly return the Software and all accompanying materials with proof of purchase to your place of purchase for a refund.**

**SOFTWARE LICENSE**

The Software is confidential and protected by copyright laws and international copyright treaties, as well as other intellectual property laws and treaties. The Software is licensed, not sold.

1 GRANT OF LICENSE. This EULA grants you the following rights ("Product Use Rights"):

- You may install, use, access, display, run, or otherwise interact with ("Run") one copy of the Software on a single computer or workstation ("Computer"). You may also store or install a copy of the Software on a storage device, such as a network server(s), used only to allow your other Computers to Run the Software over an internal network. You must acquire and dedicate a license for each Computer on which the Software is Run. The primary user of the Computer on which the Software Runs may make a second copy for his or her exclusive use on a home or portable Computer. If you deploy WRQ Software to an end user by establishing a Roaming User Profile setting in a Windows operating environment, you must acquire and dedicate a license for each end user who will access the WRQ Software under a Roaming User Profile ("Roaming User"). A Roaming User who is licensed to use the Software may install and use the Software on multiple desktops, so long as the Roaming User uses only one copy of the Software at one time. You must ensure that copies of the Software for use by Roaming Users on desktops outside your control are destroyed when a Roaming User's right to use the Software is terminated.

- If you acquire concurrent licenses for the Software, you may allow as many users to Run the Software at the same time as the number of concurrent licenses you acquire, provided you (i) Run the Software only in an appropriately configured Windows Terminal Services (sometimes referred to as "multi-user Windows") environment; (ii) monitor, control, and (on

1

WRQ's request) report on, concurrent usage both over a network and on individual computers; and (ii) have a valid WRQ certificate for your concurrent licenses. You must have express written authorization from WRQ for any concurrent use of the Software contrary to the above requirements.

- Use of software or hardware that reduces the number of Computers directly accessing or utilizing the Software (sometimes called "multiplexing" or "pooling" software or hardware) does not reduce the number of licenses required. The number of licenses required would equal the number of distinct inputs to the multiplexing or pooling software or hardware front end.

- If you have acquired a Time-Limited Evaluation version of the Software, you may Run one copy of the Software on a Computer for the Evaluation Period only, solely for evaluation and test purposes and not for production use. The "Evaluation Period" extends from your first use of the Software to the earlier of (i) the date when the Time-Limited Evaluation version automatically ceases to function or (ii) sixty (60) days after your first use. At the end of the Evaluation Period, your license to Run the Time-Limited Evaluation version of the Software is automatically terminated. You may not extend the time limits of the Software in any manner. If you choose to evaluate more than one Software program provided on the media, the Evaluation Period may be different for each program.

**2 OTHER RIGHTS AND LIMITATIONS.**

- **LIMITATIONS ON REVERSE ENGINEERING, DECOMPILATION, AND DISASSEMBLY.** You may not reverse engineer, decompile, or disassemble the Software, except and only to the extent that such activity is permitted by applicable law.

- **RENTAL.** You may not rent, lease, sell, sublicense, or lend the Software. You may not use the Software to provide time sharing services or operate a service bureau for others.

- **SEPARATION OF COMPONENTS.** The Software is licensed as a single product. Its component parts may not be separated for use on more than one Computer.

- **LANGUAGE VERSIONS.** If the media provided to you includes more than one language version of the same Software, you may Run any of the language versions of the Software, provided the total number of copies Run does not exceed the number of licenses you have acquired.

- **NOTE ON JAVA SUPPORT.** The Software is not designed or licensed for use in on-line control equipment in hazardous environments, such as operation of nuclear facilities, aircraft navigation or control, or direct life-support machines. You warrant that you will not use or redistribute the Software for such purposes.

2

- **TRANSFER.** You may not transfer or assign your rights or obligations under this EULA to any person or entity without the prior written consent of WRQ. However, if the Software is labeled "Single User", you may permanently transfer all of your rights under this EULA, as long as: (i) you retain no copies, (ii) you transfer all of the Software (including all accompanying materials, and all prior versions), and (iii) the recipient agrees to the terms of this EULA.

- **SUPPLEMENTAL CODE.** A Patch is supplemental code (sometimes referred to as a fix) that addresses one or more specific issues in the Software; it is considered part of the Software and is subject to the terms and conditions of this EULA unless accompanied by its own terms. You may use a Patch only if WRQ has authorized you to do so and only for your licensed copies of the Software for which the authorization was given.

- **NONDISCLOSURE.** You agree to (i) limit use and disclosure of the Software to your employees and consultants who agree to be bound by the terms of this EULA; (ii) not provide or disclose any of the Software to another party; (iii) take all reasonable precautions to maintain the confidentiality of the Software; and (iv) not disclose any benchmark results relating to your use of the Software without WRQ's prior written consent.

- **COMPLIMENTARY SOFTWARE.** If the Software is provided to you as a "Complimentary" or "Comp" copy, then, notwithstanding other sections of this EULA, your use of the Software is limited to use for demonstration, test, or evaluation purposes.

- **RESERVATION OF RIGHTS.** WRQ reserves all rights not expressly granted under this EULA.

3 **TERMINATION.** If you violate any term of this EULA, WRQ may terminate this EULA without waiving any other rights. If your EULA is terminated, you must destroy all copies of the Software and, on request of WRQ, certify said destruction.

4 **SAFEGUARDS/AUDIT RIGHTS.** You agree to (i) implement internal safeguards to prevent any unauthorized copying, distribution, or use of the Software; (ii) provide WRQ with written certification of the number of copies or concurrent usage of the Software on request, and (iii) allow WRQ to audit your premises and systems for compliance with this EULA during regular business hours. WRQ will pay for the cost of the audit unless the audit shows a discrepancy which is five percent (5%) or more of the number of copies of the Software Run over the licenses you have acquired; in which event, you shall pay for the cost of the audit.

5 **UPGRADES.** You may only Run an upgrade to the Software if you have acquired a license for the Software. Software acquired as an upgrade replaces and/or supplements all prior versions. You may Run the resulting upgrade only in accordance with the terms and conditions of the EULA that accompanies the upgrade. When you purchase upgrades to the Software or maintenance service for the Software, your purchase must cover all of your Computers or concurrent users licensed for the Software.

3

6 **COPYRIGHT.** WRQ and its suppliers retain all ownership of the Software and all copies thereof. Except as expressly provided in this EULA, you may not make copies of the Software or the printed materials accompanying the Software. You may make one copy of electronic documentation accompanying the Software for each license you have acquired for the Software. You must include all applicable copyright notices and other proprietary rights legends that come with the Software in any copies you make.

7 **BACKUP COPY.** You may keep the original media on which the Software was provided by WRQ solely for backup or archival purposes. If the original media is required to use the Software on the Computer, you may make one copy of the Software solely for backup or archival purposes.

8 **EXPORT.** You agree that you will not export or re-export the Software, any part thereof, or any process or service that is the direct product of the Software (the foregoing collectively referred to as "Restricted Components"), to any country, person or entity subject to U.S. export restrictions. You specifically agree not to export or re-export any of the Restricted Components (i) to any country to which the U.S. has embargoed or restricted the export of goods or services, which currently include, but are not necessarily limited to Cuba, Iran, Iraq, Libya, North Korea, Sudan and Syria, or to any national of any such country, wherever located, who intends to transmit or transport the Restricted Components back to such country; (ii) to any person or entity who you know or have reason to know will utilize the Restricted Components in the design, development or production of nuclear, chemical or biological weapons; or (iii) to any person or entity who has been prohibited from participating in U.S. export transactions by any federal agency of the U.S. Government. You warrant and represent that neither the Bureau of Export Administration of the U.S. Commerce Department nor any other U.S. federal agency has suspended, revoked or denied your export privileges. The Software contains strong encryption technology. If you import the Software to any country or re-distribute it from any country, you also may be subject to, and are solely responsible for any violations of, the import or export restrictions of countries besides the United States of America.

9 **U.S. GOVERNMENT RESTRICTED RIGHTS.** Software and documentation delivered to civilian agencies of the U.S. Government pursuant to solicitations dated prior to December 1, 1995, and Software and documentation delivered to the Department of Defense of the U.S. Government pursuant to solicitations dated prior to September 29, 1995, are provided with RESTRICTED RIGHTS; use, duplication, or disclosure by the Government is subject to restrictions as set forth in subparagraph FAR 52.227-14(g)(Jun. 1987) or subparagraph DFAR 252.227-7013 (c)(1)(ii)(Oct. 1988). All Software and documentation delivered to civilian agencies or the Department of Defense of the U.S. Government pursuant to solicitations issued after the dates specified above, are delivered with commercial licensing rights as set forth in this EULA only.

10 **GOVERNING LAW AND ATTORNEYS' FEES.** This EULA is governed by the laws of the State of Washington, USA, excluding its conflict of laws rules, and specifically excludes the United Nations Convention on Contracts for the International Sale of Goods. If you acquired this

4

ENGLISH

Software in a country outside of the United States, that country's laws may apply. In any action or suit to enforce any right or remedy under this EULA or to interpret any provision of this EULA, the prevailing party will be entitled to recover its costs, including reasonable attorneys' fees.

11 **SUPPLIER RIGHTS.** To the limited extent necessary to protect their respective interests, suppliers of third-party software code included in the Software and covered by this EULA have third-party beneficiary status.

12 **USE OF NAME.** You agree to be identified as a customer of WRQ and that WRQ may refer to you by name, tradename or trademark, and may briefly describe your business in WRQ's customer information and marketing materials. You grant WRQ a license to use your name and any of your tradenames and trademarks solely in connection with these rights.

13 **ENTIRE AGREEMENT.** This EULA constitutes the entire agreement between you and WRQ with respect to the Software, and replaces all other agreements or representations, whether written or oral. The terms of this EULA cannot be modified by any terms in any printed forms used by the parties in performing the EULA, and can only be modified by express written consent of both parties. If any part of this EULA is held to be unenforceable as written, it will be enforced to the maximum extent allowed by applicable law, and will not affect the enforceability of any other part. The original of this EULA is in English. If it is translated into another language, the English language version shall prevail.

Should you have any questions concerning this EULA, or if you desire to contact WRQ for any reason, please contact the WRQ representative serving your company, or write: WRQ, Inc., 1500 Dexter Avenue North, Seattle, WA 98109 USA.

**THE FOLLOWING LIMITED WARRANTY ON THE SOFTWARE IS INCORPORATED INTO THIS EULA BY REFERENCE.**

**LIMITED WARRANTY**

**LIMITED WARRANTY.** For a period of ninety (90) days from the date you receive the Software, WRQ warrants that (a) the unmodified Software will perform substantially in accordance with the accompanying written materials when used as directed and (b) WRQ media will be free of defects. Any implied warranties are limited to the 90 day period. This Limited Warranty is void if failure of the Software has resulted from modification, accident, abuse, or misapplication. This Limited Warranty does not apply to any Time-Limited Evaluation versions of the Software, which are provided "AS IS" with no warranty whatsoever. Some jurisdictions do not allow limitations on duration of an implied warranty, so the above limitation may not apply to you.

**YOUR EXCLUSIVE REMEDY.** WRQ's and its suppliers' entire liability and your exclusive remedy arising from a breach of the limited warranty is, at WRQ's option, either repair or replacement of

5

the nonconforming Software, or return of the price you paid for the nonconforming Software. You must return all nonconforming Software to WRQ with your proof of purchase to be entitled to this remedy. Any replacement Software will be warranted for the remainder of the original warranty period or thirty (30) days, whichever is longer. Outside the United States, neither these remedies nor any product support services offered by WRQ are available without proof of your purchase from an authorized international source.

NO OTHER WARRANTIES. TO THE FULL EXTENT PERMITTED BY LAW, WRQ AND ITS SUPPLIERS DISCLAIM ALL OTHER WARRANTIES, WHETHER ORAL OR WRITTEN, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT, WITH REGARD TO THE SOFTWARE AND THE PROVISION OF OR FAILURE TO PROVIDE TECHNICAL SUPPORT. THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS. YOU MAY HAVE OTHERS, WHICH VARY FROM JURISDICTION TO JURISDICTION.

LIMITATION OF LIABILITY. WRQ AND ITS SUPPLIERS WILL NOT BE LIABLE FOR ANY SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES (INCLUDING, WITHOUT LIMITATION, DAM-AGES FOR PERSONAL INJURY, LOSS OF BUSINESS PROFITS, BUSINESS INTERRUPTION, LOSS OF BUSINESS OR CONFIDENTIAL INFORMATION, LOSS OF PRIVACY, OR ANY OTHER PECUNIARY LOSS) ARISING OUT OF THE USE OF OR INABILITY TO USE THE SOFTWARE OR THE PROVISION OF OR FAILURE TO PROVIDE TECHNICAL SUPPORT, EVEN IF WRQ OR ITS SUPPLIERS HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN ANY CASE, THE ENTIRE LIABILITY OF WRQ AND ITS SUPPLIERS UNDER THIS AGREEMENT AND LIMITED WARRANTY SHALL BE LIM-ITED TO THE AMOUNT ACTUALLY PAID BY YOU FOR THE SOFTWARE OR TECHNICAL SUPPORT THAT CAUSES THE DAMAGE. BECAUSE SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY, THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

6

 **WRQ**

**Corporate Headquarters**
1500 Dexter Avenue North
Seattle, Washington 98109
TEL  206 217 7500
     800 872 2829
FAX  206 217 7515

**European Headquarters**
The Netherlands
TEL  +31 70 375 1100
FAX  +31 70 356 1244

**Asia Pacific Headquarters**
Singapore
TEL  +65 6336 3122
FAX  +65 6336 5233

WRQ.COM
EMAIL **info@wrq.com**

For regional office information, visit www.wrq.com.

Copyright © 2003 WRQ, Inc. All rights reserved. WRQ, the WRQ logo, and Reflection are trademarks of WRQ, Inc., registered in the USA and other countries. Other brand and product names are trademarks of their respective owners.

Copyright © 2003 WRQ, Inc. Alle Rechte vorbehalten. WRQ, das WRQ-Firmenzeichen und Reflection sind Marken von WRQ, Inc., die in den USA und anderen Ländern eingetragen sind. Andere warenzeichen und Produktnamen sind Marken der jeweiligen Inhaber.

Copyright © 2003 WRQ, Inc. Tous droits reserves. WRQ, Le Logo WRQ ET Reflection sont des marques deposees de WRQ, Inc., aux Etats-Unis d'amerique et dans d'autres pays. les autres noms de marque et de produit sont des marques de leurs proprietaires respectifs.

Copyright © 2003 WRQ, Inc. All rights reserved. WRQ、WRQ ロゴ、Reflection は、米国およびその他の国における WRQ 社の登録商標です。その他の名称および製品名は、それぞれの所有者の商標です。

Printed in the USA. 8/03 19-0044-0006

# END USER LICENSE AGREEMENT

# ENDBENUTZERLIZENZVEREINBARUNG

# CONVENTION DE DROITS D'UTILISATION

# エンドユーザ使用許諾契約



**IMPORTANT—READ CAREFULLY**

**This WRQ End User License Agreement ("EULA") is a legal agreement between you (either an individual or a single entity) and WRQ, Inc. ("WRQ") for the enclosed WRQ software product, which includes computer software and associated documentation ("Software"). The Software also includes any updates and supplements to the original Software provided to you by WRQ. Any product provided along with the Software that is associated with a separate end-user license agreement is licensed to you under the terms of that license agreement. By installing, copying, downloading, accessing or otherwise using the Software, you agree to be bound by the terms of this EULA. If you do not agree to the terms of this EULA, do not use or install the Software. If you have purchased the Software, promptly return the Software and all accompanying materials with proof of purchase to your place of purchase for a refund.**

ENGLISH

**SOFTWARE LICENSE**

The Software is confidential and protected by copyright laws and international copyright treaties, as well as other intellectual property laws and treaties. The Software is licensed, not sold.

1 GRANT OF LICENSE. This EULA grants you the following rights:

- You may install, use, access, display, run, or otherwise interact with ("Run") one copy of the Software on a single computer or workstation ("Computer"). You may also store or install a copy of the Software on a storage device, such as a network server(s), used only to allow your other Computers to Run the Software over an internal network. You must acquire and dedicate a license for each Computer on which the Software is Run. The primary user of the Computer on which the Software Runs may make a second copy for his or her exclusive use on a home or portable Computer. If you deploy WRQ Software to an end user by establishing a Roaming User Profile setting in Windows NT or Windows 2000, you must acquire and dedicate a license for each end user who will access the WRQ Software under a Roaming User Profile ("Roaming User"). A Roaming User who is licensed to use the Software may install and use the Software on multiple desktops, so long as the Roaming User uses only one copy of the Software at one time. You must ensure that copies of the Software for use by Roaming Users on desktops outside your control are destroyed when a Roaming User's right to use the Software is terminated.

- If you acquire concurrent licenses for the Software, you may allow as many users to Run the Software at the same time as the number of concurrent licenses you acquire, provided you (i) Run the Software only in an appropriately configured Windows Terminal Services (sometimes referred to as "multi-user Windows") environment; (ii) monitor, control, and (on

1

WRQ's request) report on, concurrent usage both over a network and on individual comput-ers; and (ii) have a valid WRQ certificate for your concurrent licenses. You must have express written authorization from WRQ for any concurrent use of the Software contrary to the above requirements.

- Use of software or hardware that reduces the number of Computers directly accessing or uti-lizing the Software (sometimes called "multiplexing" or "pooling" software or hardware) does not reduce the number of licenses required. The number of licenses required would equal the number of distinct inputs to the multiplexing or pooling software or hardware front end.

- If you have acquired a Time-Limited Evaluation version of the Software, you may Run one copy of the Software on a Computer for the Evaluation Period only, solely for evaluation and test purposes and not for production use. The "Evaluation Period" extends from your first use of the Software to the earlier of (i) the date when the Time-Limited Evaluation version automatically ceases to function or (ii) sixty (60) days after your first use. At the end of the Evaluation Period, your license to Run the Time-Limited Evaluation version of the Software is automatically terminated. You may not extend the time limits of the Software in any man-ner. If you choose to evaluate more than one Software program provided on the media, the Evaluation Period may be different for each program.

2 OTHER RIGHTS AND LIMITATIONS.

- LIMITATIONS ON REVERSE ENGINEERING, DECOMPILATION, AND DISASSEMBLY. You may not reverse engineer, decompile, or disassemble the Software, except and only to the extent that such activity is permitted by applicable law.

- RENTAL. You may not rent, lease, sell, sublicense, or lend the Software. You may not use the Software to provide time sharing services or operate a service bureau for others.

- SEPARATION OF COMPONENTS. The Software is licensed as a single product. Its component parts may not be separated for use on more than one Computer.

- LANGUAGE VERSIONS. If the media provided to you includes more than one language version of the same Software, you may Run any of the language versions of the Software, provided the total number of copies Run does not exceed the number of licenses you have acquired.

- NOTE ON JAVA SUPPORT. The Software is not designed or licensed for use in on-line control equipment in hazardous environments, such as operation of nuclear facilities, aircraft naviga-tion or control, or direct life-support machines. You warrant that you will not use or redis-tribute the Software for such purposes.

- TRANSFER. You may not transfer or assign your rights or obligations under this EULA to

2

ENGLISH

any person or entity without the prior written consent of WRQ. However, if the Software is labeled "Single User", you may permanently transfer all of your rights under this EULA, as long as: (i) you retain no copies, (ii) you transfer all of the Software (including all accompanying materials, and all prior versions), and (iii) the recipient agrees to the terms of this EULA.

- SUPPLEMENTAL CODE. A Patch is supplemental code (sometimes referred to as a fix) which addresses one or more specific issues in the Software; it is considered part of the Software and is subject to the terms and conditions of this EULA unless accompanied by its own terms. You may use a Patch only if WRQ has authorized you to do so and only for your licensed copies of the Software for which the authorization was given.

- NONDISCLOSURE. You agree to (i) limit use and disclosure of the Software to your employees and consultants who agree to be bound by the terms of this EULA; (ii) not provide or disclose any of the Software to another party; (iii) take all reasonable precautions to maintain the confidentiality of the Software; and (iv) not disclose any benchmark results relating to your use of the Software without WRQ's prior written consent.

- COMPLIMENTARY SOFTWARE. If the Software is labeled "Complimentary" or "Comp", then, notwithstanding other sections of this EULA, your use of the Software is limited to use for demonstration, test, or evaluation purposes.

- RESERVATION OF RIGHTS. WRQ reserves all rights not expressly granted under this EULA.

3 TERMINATION. If you violate any term of this EULA, WRQ may terminate this EULA without waiving any other rights. If your EULA is terminated, you must destroy all copies of the Software and, on request of WRQ, certify said destruction.

4 SAFEGUARDS/AUDIT RIGHTS. You agree to (i) implement internal safeguards to prevent any unauthorized copying, distribution, or use of the Software; (ii) provide WRQ with written certification of the number of copies or concurrent usage of the Software on request, and (iii) to allow WRQ to audit your premises and systems for compliance with this EULA during regular business hours. WRQ will pay for the cost of the audit unless the audit shows a discrepancy which is five percent (5%) or more of the number of copies of the Software Run over the licenses you have acquired; in which event, you shall pay for the cost of the audit.

5 UPGRADES. You may only Run an upgrade to the Software if you have acquired a license for the Software. Software acquired as an upgrade replaces and/or supplements all prior versions. You may Run the resulting upgrade only in accordance with the terms and conditions of this EULA. Upgrades of the Software, if obtained, must be obtained for the total of all authorized copies or concurrent users.

3

6 COPYRIGHT. WRQ and its suppliers retain all ownership of the Software and all copies thereof. Except as expressly provided in this EULA, you may not make copies of the Software or the printed materials accompanying the Software. You may make one copy of electronic documentation accompanying the Software for each license you have acquired for the Software. You must include all applicable copyright notices and other proprietary rights legends that come with the Software if you make copies.

7 BACKUP COPY. You may keep the original media on which the Software was provided by WRQ solely for backup or archival purposes. If the original media is required to use the Software on the Computer, you may make one copy of the Software solely for backup or archival purposes.

8 EXPORT. You agree that you will not export or re-export the Software, any part thereof, or any process or service that is the direct product of the Software (the foregoing collectively referred to as the "Restricted Components"), to any country, person or entity subject to U.S. export restrictions. You specifically agree not to export or re-export any of the Restricted Components (i) to any country to which the U.S. has embargoed or restricted the export of goods or services, which currently include, but are not necessarily limited to Cuba, Iran, Iraq, Libya, North Korea, Sudan and Syria, or to any national of any such country, wherever located, who intends to transmit or transport the Restricted Components back to such country; (ii) to any person or entity who you know or have reason to know will utilize the Restricted Components in the design, development or production of nuclear, chemical or biological weapons; or (iii) to any person or entity who has been prohibited from participating in U.S. export transactions by any federal agency of the U.S. Government. You warrant and represent that neither the Bureau of Export Administration of the U.S. Commerce Department nor any other U.S. federal agency has suspended, revoked or denied your export privileges.

9 U.S. GOVERNMENT RESTRICTED RIGHTS. Software and documentation delivered to civilian agencies of the U.S. Government pursuant to solicitations dated prior to December 1, 1995, and Software and documentation delivered to the Department of Defense of the U.S. Government pursuant to solicitations dated prior to September 29, 1995, are provided with RESTRICTED RIGHTS; use, duplication, or disclosure by the Government is subject to restrictions as set forth in subparagraph FAR 52.227-14(g)(Jun. 1987) or subparagraph DFAR 252.227-7013 (c)(1)(ii)(Oct. 1988). All Software and documentation delivered to civilian agencies or the Department of Defense of the U.S. Government pursuant to solicitations issued after the dates specified above, are delivered with commercial licensing rights as set forth in this EULA only.

10 GOVERNING LAW AND ATTORNEYS' FEES. This EULA is governed by the laws of the State of Washington, USA, excluding its conflict of laws rules, and specifically excludes the United Nations Convention on Contracts for the International Sale of Goods. If you acquired this Software in a country outside of the United States, that country's laws may apply. In any action or suit to enforce any right or remedy under this EULA or to interpret any provision of this EULA, the prevailing party will be entitled to recover its costs, including reasonable attorneys' fees.

4

ENGLISH

**11 SUPPLIER RIGHTS.** To the limited extent necessary to protect their respective interests, suppliers of third-party software code included in the Software and covered by this EULA have third-party beneficiary status.

**12 USE OF NAME.** You agree to be identified as a customer of WRQ and that WRQ may refer to you by name, tradename or trademark, and may briefly describe your business in WRQ's customer information and marketing materials. You grant WRQ a license to use your name and any of your tradenames and trademarks solely in connection with these rights.

**13 ENTIRE AGREEMENT.** This EULA constitutes the entire agreement between you and WRQ with respect to the Software, and replaces all other agreements or representations, whether written or oral. The terms of this EULA cannot be modified by any terms in any printed forms used by the parties in performing the EULA, and can only be modified by express written consent of both parties. If any part of this EULA is held to be unenforceable as written, it will be enforced to the maximum extent allowed by applicable law, and will not affect the enforceability of any other part. The original of this EULA is in English. If it is translated into another language, the English language version shall prevail.

Should you have any questions concerning this EULA, or if you desire to contact WRQ for any reason, please contact the WRQ representative serving your company, or write: WRQ, Inc., 1500 Dexter Avenue North, Seattle, WA 98109 USA.

## THE FOLLOWING LIMITED WARRANTY ON THE SOFTWARE IS INCORPORATED INTO THIS EULA BY REFERENCE.

## LIMITED WARRANTY

**LIMITED WARRANTY.** For a period of ninety (90) days from the date you receive the Software, WRQ warrants that (a) the unmodified Software will perform substantially in accordance with the accompanying written materials when used as directed and (b) WRQ media will be free of defects. Any implied warranties are limited to the 90 day period. This Limited Warranty is void if failure of the Software has resulted from modification, accident, abuse, or misapplication. This Limited Warranty does not apply to any Time-Limited Evaluation versions of the Software, which are provided "AS IS" with no warranty whatsoever. Some jurisdictions do not allow limitations on duration of an implied warranty, so the above limitation may not apply to you.

**YOUR EXCLUSIVE REMEDY.** WRQ's and its suppliers' entire liability and your exclusive remedy arising from a breach of the limited warranty is, at WRQ's option, either repair or replacement of the nonconforming Software, or return of the price you paid for the nonconforming Software. You must return all nonconforming Software to WRQ with your proof of purchase to be entitled to this remedy. Any replacement software will be warranted for the remainder of the original warranty period or thirty (30) days, whichever is longer. Outside the United States, neither these remedies

5

nor any product support services offered by WRQ are available without proof of your purchase from an authorized international source.

NO OTHER WARRANTIES. TO THE FULL EXTENT PERMITTED BY LAW, WRQ AND ITS SUPPLIERS DISCLAIM ALL OTHER WARRANTIES, WHETHER ORAL OR WRITTEN, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT, WITH REGARD TO THE SOFTWARE AND THE PROVISION OF OR FAILURE TO PROVIDE TECHNICAL SUPPORT. THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS. YOU MAY HAVE OTHERS, WHICH VARY FROM JURISDICTION TO JURISDICTION.

LIMITATION OF LIABILITY. WRQ AND ITS SUPPLIERS WILL NOT BE LIABLE FOR ANY SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES (INCLUDING, WITHOUT LIMITATION, DAMAGES FOR PERSONAL INJURY, LOSS OF BUSINESS PROFITS, BUSINESS INTERRUPTION, LOSS OF BUSINESS OR CONFIDENTIAL INFORMATION, LOSS OF PRIVACY, OR ANY OTHER PECUNIARY LOSS) ARISING OUT OF THE USE OF OR INABILITY TO USE THE SOFTWARE OR THE PROVISION OF OR FAILURE TO PROVIDE TECHNICAL SUPPORT, EVEN IF WRQ OR ITS SUPPLIERS HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN ANY CASE, THE ENTIRE LIABILITY OF WRQ AND ITS SUPPLIERS UNDER THIS AGREEMENT AND LIMITED WARRANTY SHALL BE LIMITED TO THE AMOUNT ACTUALLY PAID BY YOU FOR THE SOFTWARE OR TECHNICAL SUPPORT THAT CAUSES THE DAMAGE. BECAUSE SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY, THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

6



**WRQ**

| Corporate Headquarters | European Headquarters | Asia Pacific Headquarters | WRQ.COM |
|---|---|---|---|
| 1500 Dexter Avenue North | The Netherlands | Singapore | EMAIL info@wrq.com |
| Seattle, Washington 98109 | +31 70 375 1100 | +65 6336 3122 | |
| 206 217 7500 | +31 70 356 1244 | +65 6336 5233 | |
| 800 872 2829 | | | |
| 206 217 7515 | | | |

For regional office information, visit **www.wrq.com**.

Copyright © 2002 WRQ, Inc. All rights reserved. WRQ, the WRQ logo, and Reflection are trademarks of WRQ, Inc., registered in the USA and other countries. Other brand and product names are trademarks of their respective owners.

Copyright © 2002 WRQ, Inc. Alle Rechte vorbehalten. WRQ, das WRQ-Firmenzeichen und Reflection sind in den usa und anderen Ländern eingetragene Marken oder Marken von WRQ, Inc. Andere Marken- oder Produktnamen sind eingetragene Marken der entsprechenden Inhaber.

Copyright © 2002 WRQ, Inc. Tous droits réservés. WRQ, le logo WRQ et Reflection sont des marques commerciales de WRQ, Inc., déposées aux Etats-Unis et dans d'autres pays. Les autres noms de marques et de produits sont des marques commerciales de leurs propriétaires respectifs.

Copyright © 2002 WRQ, Inc. All rights reserved. WRQ、WRQ ロゴ、Reflection は、米国およびその他の国における WRQ 社の登録商標です。その他の名称および製品名は、それぞれの所有者の商標です。

Printed in the USA. 7/02 19-0044-0005