AO 121 (6/90)

| TO:<br><br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court, Western District of Washington<br>700 Stewart Street, U.S. Courthouse, Lobby Level<br>Seattle, Washington 98101 |
|---|---|
| DOCKET NO.<br>CV09-1180JLR | DATE FILED<br>8/20/2009 |

| PLAINTIFF | DEFENDANT |
|---|---|
| ATTACHMATE CORPORATION, a Washington corporation | THE PUBLIC HEALTH TRUST OF MIAMI-DADE COUNTY FLORIDA d/b/a JACKSON MEMORIAL HOSPITAL, a Florida corporation, |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | TX5-717-997 | EXTRA! Personal Client v. 6.7 | Attachmate Corporation |
| 2 | TX6-876-712 | EXTRA! Personal Client v. 6.5 | Digital Communications Associates |
| 3 | TX6-190-286 | INFOConnect Enterprise Edition for Unisys v. 7.5 | Attachmate Corporation |
| 4 | TX5-661-367 | Reflection for NFS Client, version 10.0 | WRQ, Inc. |
| 5 | TX5-852-645 | Reflection for NFS Client, version 11.0 | WRQ, Inc. |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | COPYRIGHT REGISTRATION NO. | TITLE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

09-CV-01180-RPT

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

    In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. CV09-1180-JLR | DATE FILED | |
| PLAINTIFF | DEFENDANT |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | CONTINUATION - PAGE 2 | |
| 2  TX5-655-388 | Reflection for HP with NS/VT, version 10.0 | WRQ, Inc. |
| 3  TX5-852-651 | Reflection for HP with NS/VT, Version 11.0 | WRQ, Inc. |
| 4  TX5-661-366 | Reflection for IBM, version 10.0 | WRQ, Inc. |
| 5  TX5-852-652 | Reflection for IBM, Version 11.0 | WRQ, Inc. |

    In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

    In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.    DATE FILED<br>CV09-1180JLR    8/20/2009 | United States District Court, Western District of Washington<br>700 Stewart Street, U.S. Courthouse, Lobby Level<br>Seattle, Washington 98101 |

| PLAINTIFF | DEFENDANT |
|---|---|
| ATTACHMATE CORPORATION, a Washington corporation | THE PUBLIC HEALTH TRUST OF MIAMI-DADE COUNTY FLORIDA d/b/a JACKSON MEMORIAL HOSPITAL, a Florida corporation, |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | CONTINUATION - Page 3 | |
| 2  TX5-104-607 | Reflection for UNIX and Digital, version 8.0 | WRQ, Inc. |
| 3  TX5-655-387 | Reflection for Unix and Open VMS, version 10.0 | WRQ, Inc. |
| 4  TX5-852-648 | Reflection for Unix Open VMS, Version 11.0 | WRQ, Inc. |
| 5  TX6-380-588 | Reflection for UNIX and Open VMS v. 14.0 | Attachmate Corporation |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |
| | | |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. CV09-1180JLR    DATE FILED 8/20/2009 | United States District Court, Western District of Washington<br>700 Stewart Street, U.S. Courthouse, Lobby Level<br>Seattle, Washington 98101 |

| PLAINTIFF | DEFENDANT |
|---|---|
| ATTACHMATE CORPORATION, a Washington corporation | THE PUBLIC HEALTH TRUST OF MIAMI-DADE COUNTY FLORIDA d/b/a JACKSON MEMORIAL HOSPITAL, a Florida corporation, |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | | CONTINUATION - page 4 | |
| 2 | TX5-661-365 | Reflection X, version 10.0 | WRQ, Inc. |
| 3 | TX5-852-650 | Reflection X, Version 11.0 | WRQ, Inc. |
| 4 | TX6-439-538 | Reflection X v. 14.0 | Attachmate Corporation |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order    ☐ Judgment | ☐ Yes    ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy