```
____ FILED        ____ ENTERED
____ LODGED       ____ RECEIVED

    OCT 14 2009       LK

         AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                         DEPUTY
```

IN THE
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| ATTACHMATE CORPORATION, A WASHINGTON CORPORATION<br><br>Plaintiff/Petitioner<br><br>vs.<br>THE PUBLIC HEALTH TRUST OF MIAMI-DADE COUNTY FLORIDA D/B/A JACKSON MEMORIAL HOSPITAL, A FLORIDA CORPORATION<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: **CV9 1180 JLR**<br><br>DECLARATION OF SERVICE OF:<br>SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT; REPORT OF THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT; CIVIL COVER SHEET |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **1st day of October, 2009, at 12:45 PM**, at the address of **1611 NW 12TH Avenue JMH-WEST WING ROOM 117, MIAMI, Dade** County, **FL 33136**; this declarant served the above described documents upon **JACKSON MEMORIAL HOSPITAL**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **SHARON HILL, ADMINISTATIVE ASSISTANT/AUTHORIZED AGENT TO ACCEPT SERVICE.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Service Fee Total: **$170.00**

Declarant hereby states under penalty of perjury under the laws of the State of **Washington** that the statement above is true and correct.

_____
GREGORY MIKE, Reg. # 1269, MIAMI DADE, FL

FOR: **Stokes Lawrence, PS**     ORIGINAL PROC



09-CV-01180-RCPT

REF: **43392-614**                                    SERVICE